**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**John DeBoer Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-3629874** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**37120 Bayonne Avenue**<br>**Waukegan, IL 60087** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor **2217 Delany Road**
(if different from street address above):   **Waukegan, IL 60087**

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad<br>■ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | FORM B1, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**John DeBoer Enterprises, Inc.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ David J. Schwab 6204333**
Signature of Attorney for Debtor(s)

**David J. Schwab 6204333**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**October 14, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John R. DeBoer**
Signature of Authorized Individual

**John R. DeBoer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 14, 2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | No. |
| | } | |
| John DeBoer Enterprises, Inc. | } | Chapter 7 |
| | } | |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, John R. DeBoer, declare under penalty of perjury that I am the President of John DeBoer Enterprises, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 14th  day of  October , 2004.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that John R. DeBoer, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that John R. DeBoer, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that John R. DeBoer, President of this corporation is authorized and directed to employ Michael L. Ralph 2279304, attorney and the law firm of Richards, Ralph & Schwab, Chartered to represent the corporation in such bankruptcy case."

Date 10 - 14 - 04           Signed _John R. DeBoer_____
                            John R. DeBoer
                            President

Resolution of Board of Directors
of
John DeBoer Enterprises, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that John R. DeBoer, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that John R. DeBoer, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that John R. DeBoer, President of this corporation is authorized and directed to employ Michael L. Ralph 2279304, attorney and the law firm of Richards, Ralph & Schwab, Chartered to represent the corporation in such bankruptcy case.

Date _10 - 14 - 04_          Signed _John R. DeBoer_
                             John R. DeBoer
                             President

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John DeBoer Enterprises, Inc.**

_____,
                                        Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **6** | **242,225.26** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **4** | | **134,578.94** | |
| E - Creditors Holding Unsecured Priority Claims | **Yes** | **7** | | **25,317.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **7** | | **177,773.40** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J - Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **27** | | | |
| Total Assets | | | **242,225.26** | | |
| Total Liabilities | | | | **337,669.34** | |

In re    **John DeBoer Enterprises, Inc.**                    ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **John DeBoer Enterprises, Inc.**                                    ,   Case No. _____
                                                Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Fifth Third Bank**<br>**346 W. Carol Lane**<br>**Elmhurst, IL  60126**<br>**Account #0714059011** | - | 0.00 |
| | | **Passbook Savings**<br>**(This account is where Government entities electronically make payments - Depositer is Defense Finance and Accounting Services "DFAS")**<br>**Fifth Third Bank**<br>**346 W. Carol Ln.**<br>**Elmhurst, IL  60123**<br>**Account #9230575483**<br>**(Note:  $390.30 of Market value belongs to RC Cola)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    0.00
(Total of this page)

__5__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **John DeBoer Enterprises, Inc.**                                      ,     Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Accounts Receivable as of July 20, 2004** | - | 36,925.26 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **36,925.26**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re    **John DeBoer Enterprises, Inc.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevrolet Cargo Van** **Leased vehicle** | - | **0.00** |
| | | **2003 Chevrolet Tahoe** **Leased vehicle** | - | **0.00** |
| | | **1982 Hesse (RTE) Trailer** **1H97A1217CK008512** | - | **Unknown** |
| | | **1988 Hackney (RTE) Trailer** **1HHUYTX210JM000708** | - | **Unknown** |
| | | **1988 Hackney (RTE) Trailer** **1HHUYTX210JM000711** | - | **Unknown** |
| | | **1992 Hackney (RTE) Trailer** **1HHUTX222NM000014** | - | **Unknown** |
| | | **1992 Hackney (RTE) Trailer** **1HHUTX222NM000013** | - | **Unknown** |
| | | **1978 Hackney (RTE) Trailer** **78T23031** | - | **Unknown** |
| | | **1978 Hackney (RTE) Trailer** **78T23027** | - | **Unknown** |
| | | **1978 Hackney (RTE) Trailer** **78T23374** | - | **Unknown** |
| | | **1978 Hackney Side-Loader** **78t23037** | - | **Unknown** |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **John DeBoer Enterprises, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1984 Great Dane Box Car**<br>**1GRAH9024ES154716** | - | **Unknown** |
| | | **1989 Fruehauf Box Car**<br>**1H2V04821KC009544** | - | **Unknown** |
| | | **1988 Great Dane Pup**<br>**1GRAA561XJB060703** | - | **Unknown** |
| | | **1975 Monon Pup**<br>**26064** | - | **Unknown** |
| | | **1969 Bartlett**<br>**APT666626** | - | **Unknown** |
| | | **1974 Fruehauf**<br>**MAS452328** | - | **Unknown** |
| | | **1993 Hackney**<br>**1HHUTX215PM000390** | - | **Unknown** |
| | | **1993 Hackney**<br>**1HHUTX215PM000391** | - | **0.00** |
| | | **1980 International**<br>**AA185KHA14961** | - | **Unknown** |
| | | **1992 International**<br>**1HSSDNUNONH421135**<br>**(NOTE:  Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00.  For the purposes of these schedules, the loan balance was split up between the 5 tractors, so the debt would not be increased.)** | - | **8,000.00** |
| | | **1992 International**<br>**1HSSDNUN9NH421134**<br>**(NOTE:  Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00.  For the purposes of these schedules, the loan balance was split up between the 5 tractors, so the debt would not be increased.)** | - | **8,000.00** |
| | | **1988 International**<br>**1HSJXGFNOJH563314**<br>**(NOTE:  Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00.  For the purposes of these schedules, the loan balance was split up between the 5 tractors, so the debt would not be increased.)** | - | **29,000.00** |

Sub-Total >   **45,000.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re  **John DeBoer Enterprises, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1988 International 1HS3XGFN9JH563313 (NOTE:  Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00.  For the purposes of these schedules, the loan balance was split up between the 5 tractors, so the debt would not be increased.) | - | 10,000.00 |
| | | 1988 International 1HSJXGFN7JH563312 (NOTE:  Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00.  For the purposes of these schedules, the loan balance was split up between the 5 tractors, so the debt would not be increased.) | - | 10,000.00 |
| | | 1990 International 1HSHBGEN2LH248726 | - | Unknown |
| | | 1995 International 1HSHBAAN35H241057 (NOTE:  Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24.  For the purposes of these schedules, the loan balance was split up between the 2 tractors, so the debt would not be increased.) | - | 18,000.00 |
| | | 1996 International 1HSHBAANOTH305315 (NOTE:  Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24.  For the purposes of these schedules, the loan balance was split up between the 2 tractors, so the debt would not be increased.) | - | 21,000.00 |
| | | 2002 International 1HSHBADN02H408308 (NOTE:  Navistar Financial has a lien on two (2) tractors for a balance of $19,076.40.  For the purposes of these schedules, the loan balance was split up between the 2 tractors, so the debt would not be increased.) | - | 39,000.00 |
| | | 2002 International 1HSHBADN22H408309 (NOTE:  Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24.  For the purposes of these schedules, the loan balance was split up between the 2 tractors, so the debt would not be increased.) | - | 39,000.00 |

Sub-Total > 137,000.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **John DeBoer Enterprises, Inc.**                                                    ,      Case No. _____

_Debtor_

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1990 Western Star**<br>**2WLNDCJF1LK926695** | - | **Unknown** |
| | | **1996 Kenworth**<br>**1XKDD89X8T5725649** | - | **Unknown** |
| | | **Hyster 550XM Forklift**<br>**D187U14256W**<br>**(NOTE: Hyster has a lien on two (2) forklifts for a balance of $7200.00. For the purposes of these schedules, the loan balance was split up between the 2 forklifts, so the debt would not be increased.)** | - | **10,900.00** |
| | | **Hyster 550XM**<br>**D187U20856X**<br>**(NOTE: Hyster has a lien on two (2) forklifts for a balance of $7200.00. For the purposes of these schedules, the loan balance was split up between the 2 forklifts, so the debt would not be increased.)** | - | **11,900.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **3 oak desks**<br>**3 chairs, computer desk**<br>**2 Dell computers** | - | **500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | | **Inventory** | - | **Unknown** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | 23,300.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 242,225.26 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **John DeBoer Enterprises, Inc.**                                    Case No. _____
                                          ,
                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0904479961-00018** <br><br> **Fifth Third Bank** <br> **346 W. Carol Ln.** <br> **Elmhurst, IL 60126** | | - | **April 18, 2002** <br> **Security Interest** <br> **1992 International** <br> **1HSSDNUNONH421135** <br> **(NOTE: Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $                8,000.00 | | | | **11,000.00** | **3,000.00** |
| Account No. **0904479961-00018** <br><br> **Fifth Third Bank** <br> **346 W. Carol Ln.** <br> **Elmhurst, IL 60126** | | - | **April 18, 2002** <br> **Security Interest** <br> **1992 International** <br> **1HSSDNUN9NH421134** <br> **(NOTE: Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $                8,000.00 | | | | **11,000.00** | **3,000.00** |
| Account No. **0904479961-00018** <br><br> **Fifth Third Bank** <br> **346 W. Carol Ln.** <br> **Elmhurst, IL 60126** | | - | **April 18, 2002** <br> **Security Interest** <br> **1988 International** <br> **1HSJXGFNOJH563314** <br> **(NOTE: Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $              29,000.00 | | | | **11,000.00** | **0.00** |
| Account No. **0904479961-00018** <br><br> **Fifth Third Bank** <br> **346 W. Carol Ln.** <br> **Elmhurst, IL 60126** | | - | **April 18, 2002** <br> **Security Interest** <br> **1988 International** <br> **1HS3XGFN9JH563313** <br> **(NOTE: Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $              10,000.00 | | | | **11,000.00** | **1,000.00** |

  **3**   continuation sheets attached

Subtotal
(Total of this page)      **44,000.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0904479961-00018**<br><br>**Fifth Third Bank**<br>**346 W. Carol Ln.**<br>**Elmhurst, IL 60126** | - | | **April 18, 2002**<br>**Security Interest**<br>**1988 International**<br>**1HSJXGFN7JH563312**<br>**(NOTE: Fifth Third Bank has a lien on five (5) tractors for a balance of $55,000.00. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $            **10,000.00** | | | | **11,000.00** | **1,000.00** |
| Account No.<br><br>**GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | - | | **December, 2001**<br><br>**Motor Vehicle Lease Agreement**<br><br>**2002 Chevrolet Cargo Van**<br>**Leased vehicle** | | | | | |
| | | | Value $                **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | - | | **October, 2002**<br><br>**Motor Vehicle Lease Agreement**<br><br>**2003 Chevrolet Tahoe**<br>**Leased vehicle** | | | | | |
| | | | Value $                **0.00** | | | | **0.00** | **0.00** |
| Account No. **1756J364021**<br><br>**Navistar Financial Corp.**<br>**P.O. Box 4024**<br>**Schaumburg, IL 60168** | - | | **June 29, 2001**<br>**Security Interest**<br>**1995 International**<br>**1HSHBAAN35H241057**<br>**(NOTE: Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24. For the purposes of these schedules, the loan balance was split up** | | | | | |
| | | | Value $            **18,000.00** | | | | **26,651.27** | **8,651.27** |
| Account No.<br><br>**Representing:**<br>**Navistar Financial Corp.** | | | **International Finance Group**<br>**Midwest Regional Finance Office**<br>**2850 W. Golf Road**<br>**Rolling Meadows, IL 60008** | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **37,651.27**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1756J364021**<br><br>Navistar Financial Corp.<br>P.O. Box 4024<br>Schaumburg, IL 60168 | | | June 29, 2001<br>Security Interest<br>1996 International<br>1HSHBAANOTH305315<br>(NOTE: Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24. For the purposes of these schedules, the loan balance was split up | | | | | |
| | | | Value $             21,000.00 | | | | 26,651.27 | 5,651.27 |
| Account No.<br><br>Representing:<br>Navistar Financial Corp. | | | International Finance Group<br>Midwest Regional Finance Office<br>2850 W. Golf Road<br>Rolling Meadows, IL 60008 | | | | | |
| | | | Value $ | | | | | |
| Account No. **1756J364523**<br><br>Navistar Financial Corp.<br>P.O. Box 4024<br>Schaumburg, IL 60168 | | | September 25, 2003<br>Security Interest<br>2002 International<br>1HSHBADN02H408308<br>(NOTE: Navistar Financial has a lien on two (2) tractors for a balance of $19,076.40. For the purposes of these schedules, the loan balance was split up | | | | | |
| | | | Value $             39,000.00 | | | | 9,538.20 | 0.00 |
| Account No. **1756J364523**<br><br>Navistar Financial Corp.<br>P.O. Box 4024<br>Schaumburg, IL 60168 | | | September 25, 2003<br>Security Interest<br>2002 International<br>1HSHBADN22H408309<br>(NOTE: Navistar Financial has a lien on two (2) tractors for a balance of $56,874.24. For the purposes of these schedules, the loan balance was split up | | | | | |
| | | | Value $             39,000.00 | | | | 9,538.20 | 0.00 |
| Account No.<br><br>NMHG Financial Services, Inc.<br>P.O. Box 642385<br>Pittsburgh, PA 15264-2385 | | | Security Interest<br>Hyster 550XM Forklift<br>D187U14256W<br>(NOTE: Hyster has a lien on two (2) forklifts for a balance of $7200.00. For the purposes of these schedules, the loan balance was split up between the 2 forklifts, so the debt would not be | | | | | |
| | | | Value $             10,900.00 | | | | 3,600.00 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)       49,327.67

Form B6D - Cont.
(12/03)

In re   **John DeBoer Enterprises, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NMHG Financial Services, Inc.**<br>**P.O. Box 642385**<br>**Pittsburgh, PA 15264-2385** | - | | **Security Interest**<br>**Hyster 550XM**<br>**D187U20856X**<br>**(NOTE:  Hyster has a lien on two (2) forklifts for a balance of $7200.00.  For the purposes of these schedules, the loan balance was split up between the 2 forklifts, so the debt would not be**<br><br>Value $                              **11,900.00** | | | | **3,600.00** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet  **3**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **3,600.00** |
| Total<br>(Report on Summary of Schedules) | **134,578.94** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **John DeBoer Enterprises, Inc.**                                              Case No. _____
                                                                      ,
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**6**_____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **John DeBoer Enterprises, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brian Paulus**<br>**27 Cremin Dr.**<br>**Lake Villa, IL 60046** | - | | **8/19/03 to 7/20/04**<br><br>**Accrued vacation** | | | | **476.00** | **476.00** |
| Account No.<br><br>**Carleen Sweetwood**<br>**6752 Preakness Pl.**<br>**Apt. C**<br>**Gurnee, IL 60031** | - | | **10/6/98 to 7/20/04**<br><br>**Accrued vacation** | | | | **1,800.00** | **1,800.00** |
| Account No.<br><br>**Dave Carey**<br>**225 Country Club Dr.**<br>**Unit 213**<br>**Kenosha, WI 53140** | - | | **5/26/99 to 7/20/04**<br><br>**Accrued vacation** | | | | **520.00** | **0.00** |
| Account No.<br><br>**Dennis Bloom**<br>**2024 Arthur Drive**<br>**Waukegan, IL 60087** | - | | **5/12/02 to 7/20/04**<br><br>**Accrued vacation** | | | | **562.00** | **0.00** |
| Account No.<br><br>**Diane Nadelhoffer**<br>**36441 Fuller Rd.**<br>**Gurnee, IL 60031** | - | | **8/2001 to 7/20/04**<br><br>**Accrued vacation** | | | | **772.00** | **772.00** |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **4,130.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **John DeBoer Enterprises, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Donald Ontko**<br>**9518 Ryan Green**<br>**Franklin, WI 53132** | | - | **11/10/97 to 7/20/04**<br><br>**Accrued vacation** | | | | **1,695.00** | **1,695.00** |
| Account No. <br><br>**Gregory Nadelhoffer**<br>**36441 Fuller Rd.**<br>**Gurnee, IL 60031** | | - | **1/2/86 to 7/20/04**<br><br>**Accrued vacation** | | | | **2,730.00** | **2,730.00** |
| Account No. <br><br>**Jason Bratzke**<br>**2543 N. McAree**<br>**Waukegan, IL 60087** | | - | **11/12/01 to 7/20/04**<br><br>**Accrued vacation** | | | | **870.00** | **870.00** |
| Account No. <br><br>**Jason Schank**<br>**21339 W. Morton**<br>**Lake Villa, IL 60046** | | - | **9/9/03 to 7/20/04**<br><br>**Accrued vacation** | | | | **570.00** | **570.00** |
| Account No. <br><br>**Joe Debolt**<br>**34547 Hunt Club**<br>**Gurnee, IL 60031** | | - | **1995 to 7/20/04**<br><br>**Accrued vacation** | | | | **1,725.00** | **1,725.00** |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **7,590.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **John DeBoer Enterprises, Inc.** _____ ,    Case No. _____
                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**John D. DeBoer**<br>**37423 N. Parma Ave.**<br>**Lake Villa, IL 60046** | | - | **6/1994 to 7/20/04**<br><br>**Accrued vacation** | | | | 2,730.00 | 0.00 |
| Account No. <br><br>**Kristoffer Oleson**<br>**40177 N. Liberty**<br>**Antioch, IL 60002** | | - | **9/17/01 to 7/20/04**<br><br>**Accrued vacation** | | | | 754.00 | 754.00 |
| Account No. <br><br>**Lawrence Shinsky**<br>**1029 McAlister Avenue North**<br>**North Chicago, IL 60064** | | - | **7/25/02 to 7/20/04**<br><br>**Accrued vacation** | | | | 589.00 | 589.00 |
| Account No. <br><br>**Mark Pias**<br>**1888 - 19th Ave.**<br>**Kenosha, WI 53140** | | - | **2/14/02 to 7/20/04**<br><br>**Accrued vacation** | | | | 988.00 | 988.00 |
| Account No. <br><br>**Matthew Zagar**<br>**2805 Ashland Ave.**<br>**Racine, WI 53403** | | - | **8/2/94 to 7/20/04**<br><br>**Accrued vacation** | | | | 2,730.00 | 2,730.00 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    7,791.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **John DeBoer Enterprises, Inc.**

Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Peter Saravia** <br> **3856 Sonoma Circle** <br> **Lake In The Hills, IL 60156** | - | | **9/21/03 to 7/20/04** <br><br> **Accrued vacation** | | | | **530.00** | **530.00** |
| Account No. <br><br> **Richard Larsen** <br> **2213 1/2 Ashland** <br> **Racine, WI 53403** | - | | **10/15/00 to 7/20/04** <br><br> **Accrued vacation** | | | | **1,048.00** | **1,048.00** |
| Account No. <br><br> **Robert Ross** <br> **304 Keith** <br> **Waukegan, IL 60085** | - | | **9/30/01 to 7/20/04** <br><br> **Accrued vacation** | | | | **526.00** | **526.00** |
| Account No. <br><br> **Scott English** <br> **23423 84th St.** <br> **Salem, WI 53168** | - | | **5/22/02 to 7/20/04** <br><br> **Accrued vacation** | | | | **1,300.00** | **1,300.00** |
| Account No. <br><br> **Scott Yates** <br> **2070 Evergreen Ln.** <br> **Round Lake Beach, IL 60073** | - | | **5/31/01 to 7/20/04** <br><br> **Accrued vacation** | | | | **582.00** | **582.00** |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**3,986.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **John DeBoer Enterprises, Inc.**                                    , Case No. _____
_____
                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Terry Williams** <br>**3807 Charles St.** <br>**Racine, WI 53400** | - | | **4/3/95 to 7/20/04** <br><br>**Accrued vacation** | | | | **1,820.00** | **1,820.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**1,820.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **John DeBoer Enterprises, Inc.**                                    ,    Case No. _____

                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **36-3629874** <br><br> **Illinois Department of Revenue Bankrupcty Section/Level 7-425 100 West Randolph St. Chicago, IL 60606** | - | | **Taxes** | | | | Unknown | Unknown |
| Account No. <br><br> **Representing: Illinois Department of Revenue** | | | **Illinois Department of Revenue ICS Payment & Correspondence P.O. Box 19043 Springfield, IL 62794** | | | | | |
| Account No. **36-3629874** <br><br> **Illinois Dept. of Employment Securi 401 S. State Street 4th Floor Chicago, IL 60605** | - | | **Employment Taxes** | | | | Unknown | Unknown |
| Account No. **36-3629874** <br><br> **Internal Revenue Service* 230 S. Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604** | - | | **Taxes** | | | | Unknown | Unknown |
| Account No. <br><br> **Representing: Internal Revenue Service*** | | | **Internal Revenue Service Department of the Treasury Cincinnati, OH 45999** | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **0.00** |
| Total <br> (Report on Summary of Schedules) | **25,317.00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F
(12/03)

In re   **John DeBoer Enterprises, Inc.**                              ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **Inv #27764** <br><br> **A&S Alternator & Starters** <br> **3225 Sunset** <br> **Waukegan, IL 60087** | - | | | | | | **225.75** |
| Account No. **8606074131** <br><br> **Airgas North** <br> **1212 Belvidere Street** <br> **Waukegan, IL 60085** | - | | | | | | **42.00** |
| Account No. **23945** <br><br> **American Body Company** <br> **11316 West 70th Place** <br> **Indian Head Park, IL 60526** | - | | **11/15/02** <br> **Refurbish Hackney Truck** | | | | **8,013.86** |
| Account No. **Inv. 022580** <br><br> **American Speedy Printing** <br> **1810 North Delany Rd.** <br> **Gurnee, IL 60031** | - | | **Stationary** | | | | **13.00** |

___6___   continuation sheets attached

Subtotal
(Total of this page)    **8,294.61**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:31036-040810   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **John DeBoer Enterprises, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7016-000-1** | | | | | Pest Control | | | | |
| Anderson Pest 219 W. Diversey Elmhurst, IL 60126 | | - | | | | | | | 32.83 |
| Account No. **436** | | | | | | | | | |
| Antioch Tire 440 East Route 173 Antioch, IL 60002 | | - | | | | | | | 749.26 |
| Account No. **0301644229001** | | | | | | | | | |
| AT&T Wireless P.O. Box 9001309 Louisville, KY 40290 | | - | | | | | | | 213.41 |
| Account No. **Inv#10121470/10126021/10124802** | | | | | Trade Debt | | | | |
| Cadbury Schwepps P.O. Box 75414 Charlotte, NC 28275 | | - | | | | | | | 19,919.40 |
| Account No. **Z433787602** | | | | | | | | | |
| Cintas First Aid Service N56W16718 Ridgewood Menomonee Falls, WI 53051 | | - | | | | | | | 13.34 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,928.24

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Inv 51865/52021/52119** | | - | | **Trade Debt** | | | | |
| **Clover Club** **356 N. Kilbourne** **Chicago, IL 60624** | | | | | | | | **4,791.55** |
| Account No. **4316379007** | | - | | **Utility** | | | | |
| **Com Ed** **Attn: Credit Dept.** **2100 Swift Dr.** **Oak Brook, IL 60523** | | | | | | | | **549.83** |
| Account No. **0000006099** | | - | | **Trade Debt** | | | | |
| **Coverall Cleaning Service** **NW7843 03** **P.O. Box 1450** **Minneapolis, MN 55485** | | | | | | | | **130.00** |
| Account No. **00841635923** | | - | | **December 28, 2001** **Loan** | | | | |
| **Fifth Third Bank** **346 W. Carol Ln.** **Elmhurst, IL 60126** | | | | | | | | **20,000.00** |
| Account No. **0904479961-00034** | X | - | | **April 3, 2003** **Loan** | | | | |
| **Fifth Third Bank** **346 W. Carol Ln.** **Elmhurst, IL 60126** | | | | | | | | **96,474.74** |
| Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **121,946.12** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John DeBoer Enterprises, Inc.**                                          ,        Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **39319** <br><br> **Freund International** <br> **P.O. Box 67** <br> **Huntley, IL 60142** | | - | | Trade debt | | | | 710.72 |
| Account No. **Inv JDE25** <br><br> **Great Waters of Canada - LCA, Inc.** <br> **398 Ave. Road** <br> **Ontario Canada N1R 554** | | - | | Trade Debt | | | | 4,785.27 |
| Account No. **Inv 6940** <br><br> **Honest Tea** <br> **5019 Wilson Lane** <br> **Bethesda, MD 20814** | | - | | Trade Debt | | | | 3,658.40 |
| Account No. **19315** <br><br> **JX Enterprises, Inc.** <br> **P.O. Box 196** <br> **Waukesha, WI 53187** | | - | | Trade Debt | | | | 380.05 |
| Account No. <br><br> **Representing:** <br> **JX Enterprises, Inc.** | | | | **JX Enterprise** <br> **P.O. Box 68-9958** <br> **Milwaukee, WI 53268** | | | | |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,534.44

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **RCC010** **Lake County Hose & Equipment** **37120 Bayonne Dr.** **Waukegan, IL 60087** | | - | | | | | | | 84.37 |
| Account No. **141200** **Lube Oils** **345 N. Skokie Hwy.** **Gurnee, IL 60031** | | - | | | Trade Debt | | | | 323.68 |
| Account No. **183635127** **Nextel** **P.O. Box 4191** **Carol Stream, IL 60197** | | - | | | | | | | 1,500.29 |
| Account No. **4114917-001** **NMHG Financial Services, Inc.** **P.O. Box 642385** **Pittsburgh, PA 15264-2385** | | - | | | 2002 Loan | | | | 7,200.00 |
| Account No. **30332382-019140** **North Shore Sanitary District** **P.O. Box 750, Wm Koepsel Dr.** **Gurnee, IL 60031** | | - | | | Utility | | | | 10.21 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,118.55

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6011-5642-0460-8011**<br><br>Office Depot Credit Plan<br>P.O. Box 9020<br>Des Moines, IA 50368 | | - | | Credit Card | | | | 196.31 |
| Account No. **None/John DeBoer**<br><br>Paulsens Truck & Spring<br>1005 N. Green Bay Rd.<br>Waukegan, IL 60085 | | - | | Trade Debt | | | | 300.20 |
| Account No. **550004512876**<br><br>People's Energy<br>Attn: Bankruptcy Department<br>130 E. Randolph, 17th Floor<br>Chicago, IL 60601 | | - | | Utility | | | | 267.93 |
| Account No. **2465.0**<br><br>Spring Green Lawn<br>1500 Old Deerfield Rd.<br>Highland Park, IL 60035 | | - | | Trade Debt | | | | 158.50 |
| Account No. **Inv. 52588**<br><br>The Accountants Group, Inc.<br>1431 McHenry Rd. (Rt. 83), Ste. 216<br>P.O. Box 8902<br>Buffalo Grove, IL 60089 | | - | | | | | | 4,135.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,057.94**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John DeBoer Enterprises, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **John DeBoer Enterprises** <br><br> **United Lift Truck** <br> **P.O. Box 5948** <br> **Carol Stream, IL 60197** | - | | | **2 - Tow Motors** | | | | 758.88 |
| Account No. <br><br> **Water Concepts** <br> **39 S. Barrington Rd.** <br> **South Barrington, IL 60010** | - | | | **Trade Debt** | | | | 2,134.62 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     2,893.50

Total (Report on Summary of Schedules)     177,773.40

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **John DeBoer Enterprises, Inc.**                                                   ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | **2002 Chevrolet Cargo Van**<br>**Motor Vehicle Lease Agreement**<br>**Expires December 25, 2004**<br>**Debtor expressly assumes this executory contract** |
| **GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | **2003 Chevrolet Tahoe**<br>**Motor Vehicle Lease Agreement**<br>**Lease Expires October, 2005**<br>**Debtor expressly assumes this executory contract** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **John DeBoer Enterprises, Inc.**                                        ,        Case No. _____

                                         Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeri DeBoer**<br>**37120 Bayonne Ave.**<br>**Waukegan, IL 60087**<br>  **Guarantor on Fifth Third Bank loan** | **Fifth Third Bank**<br>**346 W. Carol Ln.**<br>**Elmhurst, IL 60126** |
| **John DeBoer**<br>**37120 Bayonne Ave.**<br>**Waukegan, IL 60087**<br>  **Guarantor on Fifth Third Bank Loan** | **Fifth Third Bank**<br>**346 W. Carol Ln.**<br>**Elmhurst, IL 60126** |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John DeBoer Enterprises, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 14, 2004**

Signature   **/s/ John R. DeBoer**

**John R. DeBoer**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John DeBoer Enterprises, Inc.**                                                Case No. _____

                                                          Debtor(s)            Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$7,569,021.00** | **2003 Gross Income from John DeBoer Enterprises, Inc.** |
| **$8,659,986.00** | **2002 Gross Business income from John DeBoer Enterprises, Inc.** |
| **$1,217,431.25** | **2004 YTD to 7/21/04 Business income from John DeBoer Enterprises, Inc.** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

**3. Payments to creditors**

None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor,
☐    made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
      must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Anthony C. McKillen**<br>**8400 Lexington**<br>**Kenosha, WI 53158** | **5/21/04 - Wages $374.35 -**<br>**Check #56221**<br>**5/28/04 - Wages $492.47 -**<br>**Check #56270**<br>**6/04/04 - Wages $573.32 -**<br>**Check #56307**<br>**6/11/04 - Wages $374.35 -**<br>**Check #56364**<br>**6/18/04 - Wages $364.60 -**<br>**Check #56414**<br>**6/25/04 - Wages $360.34 -**<br>**Check #56458**<br>**7/02/04 - Wages $413.14 -**<br>**Check #56498**<br>**7/09/04 - Wages $540.27 -**<br>**Check #56555**<br>**7/16/04 - Wages $238.01 -**<br>**Check #56598**<br>**7/23/04 - Wages $314.77 -**<br>**Check #56651** | **$4,045.62** | **$0.00** |
| **Brian Paulus**<br>**27 Cremin Dr.**<br>**Lake Villa, IL 60046** | **5/21/04 Wages $411.75**<br>**Check #56222**<br>**5/28/04 Wages $430.08**<br>**Check #56271**<br>**6/04/04 Wages $504.37**<br>**Check #56308**<br>**6/11/04 Wages $430.09**<br>**Check #56365**<br>**6/18/04 Wages $411.74**<br>**Check #56415**<br>**6/25/04 Wages $449.43**<br>**Check #56459**<br>**7/02/04 Wages $411.74**<br>**Check #56499**<br>**7/09/04 Wages $491.50**<br>**Check #56556**<br>**7/16/04 Wages $330.47**<br>**Check #56599**<br>**7/23/04 Wages $482.08**<br>**Check #56652** | **$4,353.25** | **$476.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Carleen Sweetwood**<br>**6752 Preakness Pl.**<br>**Apt. C**<br>**Gurnee, IL 60031** | **5/21/04 Wages $449.58**<br>**Check #56223**<br>**5/28/04 Wages $449.57**<br>**Check #56272**<br>**6/04/04 Wages $453.57**<br>**Check #56309**<br>**6/11/04 Wages $434.57**<br>**Check #56366**<br>**6/18/04 Wages $434.57**<br>**Check #56411**<br>**6/25/04 Wages $434.58**<br>**Check #56460**<br>**7/02/04 Wages $434.56**<br>**Check #56500**<br>**7/09/04 Wages $434.57**<br>**Check #56557**<br>**7/16/04 Wages $434.57**<br>**Check #56600**<br>**7/23/04 Wages $434.57**<br>**Check #56653** | **$4,394.71** | **$1,800.00** |
| **Cornelius D. Simmons**<br>**3136 Kearney Ave.**<br>**Racine, WI 53404** | **5/21/04 Wages $156.27**<br>**Check #56225**<br>**5/28/04 Wages $185.16**<br>**Check #56274**<br>**6/04/04 Wages $170.78**<br>**Check #56310**<br>**6/11/04 Wages $170.77**<br>**Check #56368**<br>**6/18/04 Wages $148.49**<br>**Check #56417**<br>**6/25/04 Wages $170.78**<br>**Check #56461**<br>**7/02/04 Wages $170.77**<br>**Check #56501**<br>**7/09/04 Wages $170.78**<br>**Check #56591**<br>**7/16/04 Wages $170.77**<br>**Check #56601**<br>**7/23/04 Wages $170.78**<br>**Check #56654** | **$1,685.35** | **$0.00** |
| **Dave Carey**<br>**225 Country Club Dr.**<br>**Unit 213**<br>**Kenosha, WI 53140** | **5/21/04 Wages $339.56**<br>**Check #56226**<br>**5/28/04 Wages $449.67**<br>**Check #56275**<br>**6/04/04 Wages $675.76**<br>**Check #56311**<br>**6/11/04 Wages $294.26**<br>**Check #56363**<br>**6/18/04 Wages $152.60**<br>**Check #56418**<br>**7/02/04 Wages $388.37**<br>**Check #56502**<br>**7/09/04 Wages $606.03**<br>**Check #56558**<br>**7/16/04 Wages $308.27**<br>**Check #56602**<br>**7/23/04 Wages $434.40**<br>**Check #56655** | **$3,598.92** | **$520.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dennis Bloom**<br>**2024 Arthur Drive**<br>**Waukegan, IL 60087** | **5/21/04 Wages $475.90**<br>**Check #56227**<br>**5/28/04 Wages $386.75**<br>**Check #56276**<br>**6/04/04 Wages $469.97**<br>**Check #56312**<br>**6/11/04 Wages $427.89**<br>**Check #56369**<br>**6/18/04 Wages $386.74**<br>**Check #56419**<br>**6/25/04 Wages $440.76**<br>**Check #56462**<br>**7/02/04 Wages $598.67**<br>**Check #56503**<br>**7/09/04 Wages $514.40**<br>**Check #56559**<br>**7/16/04 Wages $350.07**<br>**Check #56603**<br>**7/23/04 Wages $434.83**<br>**Check #56656**<br>**7/23/04 Wages $407.15**<br>**Check #56685** | **$4,893.13** | **$562.00** |
| **Diane Nadelhoffer**<br>**36441 Fuller Rd.**<br>**Gurnee, IL 60031** | **5/21/04 Wages $253.05**<br>**Check #56228**<br>**5/28/04 Wages $332.40**<br>**Check #56277**<br>**6/04/04 Wages $332.40**<br>**Check #56313**<br>**6/11/04 Wages $173.70**<br>**Check #56370**<br>**6/18/04 Wages $253.05**<br>**Check #56420**<br>**6/25/04 Wages $253.05**<br>**Check #56463**<br>**7/02/04 Wages $332.40**<br>**Check #56504**<br>**7/09/04 Wages $332.40**<br>**Check #56560**<br>**7/16/04 Wages $253.05**<br>**Check #56604**<br>**7/23/04 Wages $408.75**<br>**Check #56686** | **$2,924.25** | **$772.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Diego Rodriguez**<br>**36441 Fuller Rd.**<br>**Gurnee, IL 60031** | **5/21/04 Wages $378.82 Check #56229**<br>**5/28/04 Wages $412.02 Check #56278**<br>**6/04/04 Wages $684.82 Check #56314**<br>**6/11/04 Wages $278.20 Check #56371**<br>**6/18/04 Wages $289.59 Check #56421**<br>**6/25/04 Wages $370.88 Check #56464**<br>**7/02/04 Wages $341.14 Check #56505**<br>**7/02/04 Wages $352.54 Check #56531**<br>**7/09/04 Wages $449.70 Check #56561**<br>**7/09/04 Accrued Vacation $352.54 Check #56592**<br>**7/16/04 Wages $311.40 Check #56605**<br>**7/23/04 Wages $330.74 Check #56657** | **$4,199.85** | **$0.00** |
| **Donald Ontko**<br>**9518 Ryan Green**<br>**Franklin, WI 53132** | **5/21/04 Wages $453.65 Check #56230**<br>**5/28/04 Wages $434.37 Check #56279**<br>**6/04/04 Wages $720.23 Check #56315**<br>**6/11/04 Wages $498.68 Check #56372**<br>**6/18/04 Wages $456.90 Check #56422**<br>**6/25/04 Wages $461.14 Check #56465**<br>**7/02/04 Wages $557.98 Check #56506**<br>**7/09/04 Wages $681.02 Check #56562**<br>**7/16/04 Wages $464.40 Check #56606**<br>**7/23/04 Wages $431.12 Check #56658** | **$5,159.49** | **$1,695.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Gregory Nadelhoffer**<br>**36441 Fuller Rd.**<br>**Gurnee, IL 60031** | **5/21/04 Wages $594.05**<br>**Check #56231**<br>**5/28/04 Wages $690.22**<br>**Check #56280**<br>**6/04/04 Wages $913.26**<br>**Check #56316**<br>**6/11/04 Wages $511.77**<br>**Check #56373**<br>**6/18/04 Wages $604.46**<br>**Check #56423**<br>**6/25/04 Wages $671.88**<br>**Check #56466**<br>**7/02/04 Wages $710.95**<br>**Check #56507**<br>**7/09/04 Wages $961.33**<br>**Check #56563**<br>**7/16/04 Wages $504.84**<br>**Check #56607**<br>**7/23/04 Wages $638.67**<br>**Check #56659** | **$6,801.43** | **$2,730.00** |
| **Herman Lopez**<br>**7234 Sheridan Rd.**<br>**Kenosha, WI 53143** | **5/21/04 Wages $366.07**<br>**Check #56232**<br>**6/04/04 Wages $883.02**<br>**Check #56317**<br>**6/11/04 Wages $386.59**<br>**Check #56374**<br>**6/18/04 Wages $467.42**<br>**Check #56424**<br>**6/25/04 Wages $551.51**<br>**Check #56467**<br>**7/02/04 Wages $572.03**<br>**Check #56508**<br>**7/09/04 Wages $397.35**<br>**Check #56564**<br>**7/16/04 Wages $431.88**<br>**Check #56608**<br>**7/23/04 Wages $431.89**<br>**Check #56660** | **$4,487.76** | **$0.00** |
| **James M. English**<br>**118 Fairvield**<br>**Lindenhurst, IL 60046** | **5/21/04 Wages $241.24**<br>**Check #56234**<br>**5/28/04 Wages $241.24**<br>**Check #56282**<br>**6/04/04 Wages $203.57**<br>**Check #56319**<br>**6/11/04 Wages $181.76**<br>**Check #56376**<br>**6/18/04 Wages $42.03**<br>**Check #56426**<br>**6/25/04 Wages $367.14**<br>**Check #56469**<br>**7/02/04 Wages $478.63**<br>**Check #56509**<br>**7/09/04 Wages $363.67**<br>**Check #56565**<br>**7/16/04 Wages $289.30**<br>**Check #56609**<br>**7/23/04 Wages $337.40**<br>**Check #56661** | **$2,745.98** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jason Bratzke<br>2543 N. McAree<br>Waukegan, IL 60087 | 5/21/04 Wages $290.39<br>Check #56235<br>5/28/04 Wages $235.37<br>Check #56283<br>6/04/04 Wages $409.34<br>Check #56320<br>6/11/04 Wages $279.86<br>Check #56377<br>6/18/04 Wages $294.85<br>Check #56427<br>6/25/04 Wages $324.59<br>Check #56470<br>7/02/04 Wages $420.74<br>Check #56510<br>7/09/04 Wages $468.82<br>Check #56566<br>7/16/04 Wages $126.28<br>Check #56610<br>7/23/04 Wages $316.66<br>Check #56662 | $3,166.90 | $870.00 |
| Jason Schank<br>21339 W. Morton<br>Lake Villa, IL 60046 | 5/21/04 Wages $183.97<br>Check #56236<br>5/28/04 Wages $336.14<br>Check #56284<br>6/04/04 Wages $541.73<br>Check #56321<br>6/11/04 Wages $362.41<br>Check #56378<br>6/18/04 Wages $414.22<br>Check #56429<br>6/25/04 Wages $560.53<br>Check #56472<br>7/02/04 Wages $418.43<br>Check #56512<br>7/09/04 Wages $702.09<br>Check #56568<br>7/16/04 Wages $225.12<br>Check #56612<br>7/23/04 Wages $486.77<br>Check #56664 | $4,231.41 | $570.00 |
| Joe Debolt<br>34547 Hunt Club<br>Gurnee, IL 60031 | 5/21/04 Wages $396.87<br>Check #56238<br>5/28/04 Wages $411.75<br>Check #56289<br>6/04/04 Wages $620.20<br>Check #56323<br>6/11/04 Wages $337.39<br>Check #56380<br>6/18/04 Wages $465.76<br>Check #56431<br>6/25/04 Wages $441.48<br>Check #56474<br>7/02/04 Wages $459.83<br>Check #56514<br>7/09/04 Wages $610.80<br>Check #56570<br>7/16/04 Wages $411.74<br>Check #56614<br>7/23/04 Wages $482.10<br>Check #56667 | $4,637.92 | $1,725.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kenneth T. Jackson**<br>**14N668 Oliver Dr.**<br>**Elgin, IL 60123** | **5/21/04 Wages $44.67**<br>**Check #56241**<br>**5/28/04 Wages $68.48**<br>**Check #56289**<br>**6/04/04 Wages $108.16**<br>**Check #56326**<br>**6/11/04 Wages $84.35**<br>**Check #56383**<br>**6/18/04 Wages $92.28**<br>**Check #56434**<br>**6/25/04 Wages $108.16**<br>**Check #56477**<br>**7/02/04 Wages $80.88**<br>**Check #56517**<br>**7/09/04 Wages $104.69**<br>**Check #56573**<br>**7/16/04 Wages $116.09**<br>**Check #56617**<br>**7/23/04 Wages $76.41**<br>**Check #56670** | **$884.17** | **$0.00** |
| **Kristoffer Oleson**<br>**40177 N. Liberty**<br>**Antioch, IL 60002** | **5/21/04 Wages $511.85**<br>**Check #56242**<br>**5/28/04 Wages $612.48**<br>**Check #56290**<br>**6/04/04 Wages $593.14**<br>**Check #56327**<br>**6/11/04 Wages $411.23**<br>**Check #56384**<br>**6/18/04 Wages $411.23**<br>**Check #56435**<br>**6/25/04 Wages $518.79**<br>**Check #56478**<br>**7/02/04 Wages $559.93**<br>**Check #56518**<br>**7/09/04 Wages $619.41**<br>**Check #56574**<br>**7/16/04 Wages $474.18**<br>**Check #56618**<br>**7/23/04 Wages $478.64**<br>**Check #56671** | **$5,190.88** | **$754.00** |
| **Larry B. Steele**<br>**2742 W. Atlantic**<br>**Waukegan, IL 60085** | **5/21/04 Wages $53.61**<br>**Check #56243**<br>**5/28/04 Wages $53.61**<br>**Check #56291**<br>**6/04/04 Wages $49.14**<br>**Check #56328**<br>**7/16/04 Wages $142.96**<br>**Check #56631**<br>**7/23/04 Wages $147.43**<br>**Check #56672** | **$446.75** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lawrence Shinsky**<br>**1029 McAlister Avenue North**<br>**North Chicago, IL 60064** | **5/21/04 Wages $526.91**<br>**Check #56244**<br>**5/28/04 Wages $492.69**<br>**Check #56292**<br>**6/04/04 Wages $522.44**<br>**Check #56329**<br>**6/11/04 Wages $429.74**<br>**Check #56385**<br>**6/18/04 Wages $467.42**<br>**Check #56436**<br>**6/25/04 Wages $429.75**<br>**Check #56479**<br>**7/02/04 Wages $489.23**<br>**Check #56519**<br>**7/09/04 Wages $589.32**<br>**Check #56575**<br>**7/16/04 Wages $429.73**<br>**Check #56619**<br>**7/23/04 Wages $504.10**<br>**Check #56673** | **$4,881.33** | **$589.00** |
| **Mark Pias**<br>**1888 - 19th Ave.**<br>**Kenosha, WI 53140** | **5/21/04 Wages $322.55**<br>**Check #56245**<br>**5/28/04 Wages $413.14**<br>**Check #56293**<br>**6/04/04 Wages $329.06**<br>**Check #56330**<br>**6/11/04 Wages $416.40**<br>**Check #56386**<br>**6/18/04 Wages $353.84**<br>**Check #56437**<br>**6/25/04 Wages $322.54**<br>**Check #56480**<br>**7/02/04 Wages $395.88**<br>**Check #56520**<br>**7/09/04 Wages $423.90**<br>**Check #56576**<br>**7/16/04 Wages $304.28**<br>**Check #56620**<br>**7/23/04 Wages $357.09**<br>**Check #56674** | **$3,638.68** | **$988.00** |
| **Matthew Zagar**<br>**2805 Ashland Ave.**<br>**Racine, WI 53403** | **5/21/04 Wages $640.67**<br>**Check #56246**<br>**5/28/04 Wages $753.12**<br>**Check #56294**<br>**6/04/04 Wages $965.66**<br>**Check #56331**<br>**6/11/04 Wages $584.10**<br>**Check #56387**<br>**6/18/04 Wages $672.44**<br>**Check #56438**<br>**6/25/04 Wages $735.66**<br>**Check #56481**<br>**7/02/04 Wages $781.45**<br>**Check #56521**<br>**7/09/04 Wages $1012.47**<br>**Check #56577**<br>**7/16/04 Wages $577.60**<br>**Check #56621**<br>**7/23/04 Wages $704.01**<br>**Check #56675** | **$6,645.73** | **$2,730.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mike F. Weinand** **2310 Honeysuckle** **Lindenhurst, IL 60046** | **5/21/04 Wages $513.77** **Check #56248** **5/21/04 Wages $44.67** **Check #56268** **5/28/04 Wages $616.74** **Check #56295** **6/04/04 Wages $784.04** **Check #56332** **6/11/04 Wages $546.44** **Check #56388** **6/18/04 Wages $546.44** **Check #56439** **6/18/04 Wages $557.81** **Check #56448** **6/18/04 Acc Vac $557.80** **#56457** **6/25/04 Wages $578.13** **Check #56482** **7/02/04 Wages $572.18** **Check #56522** **7/09/04 Wages $771.18** **Check #56578** **7/16/04 Wages $449.42** **Check #56622** **7/16/04 Wages $124.02** **Check #56646** **7/23/04 Wages $739.50** **Check #56676** | **$6,844.34** | **$0.00** |
| **Peter Saravia** **3856 Sonoma Circle** **Lake In The Hills, IL 60156** | **5/21/04 Wages $457.75** **Check #56249** **5/28/04 Wages $441.87** **Check #56296** **6/04/04 Wages $676.87** **Check #56333** **6/11/04 Wages $346.65** **Check #56389** **6/18/04 Wages $405.67** **Check #56440** **6/25/04 Wages $520.23** **Check #56483** **7/02/04 Wages $505.36** **Check #56523** **7/09/04 Wages $554.43** **Check #56579** **7/16/04 Wages $418.07** **Check #56647** **7/23/04 Wages $433.93** **Check #56677** **7/27/04 Wages $125.09** **Check #56695** | **$4,885.92** | **$530.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Richard Larsen**<br>**2213 1/2 Ashland**<br>**Racine, WI 53403** | **5/21/04 Wages $333.98**<br>**Check #56250**<br>**5/28/04 Wages $307.94**<br>**Check #56297**<br>**6/04/04 Wages $352.05**<br>**Check #56334**<br>**6/11/04 Wages $302.14**<br>**Check #56390**<br>**6/18/04 Wages $278.50**<br>**Check #56441**<br>**6/25/04 Wages $323.37**<br>**Check #56484**<br>**7/02/04 Wages $346.99**<br>**Check #56524**<br>**7/09/04 Wages $395.26**<br>**Check #56580**<br>**7/16/04 Wages $278.51**<br>**Check #56624**<br>**7/23/04 Wages $323.36**<br>**Check #56678** | **$3,565.46** | **$1,048.00** |
| **Robert Ross**<br>**304 Keith**<br>**Waukegan, IL 60085** | **5/21/04 Wages $371.08**<br>**Check #56251**<br>**5/28/04 Wages $564.38**<br>**Check #56298**<br>**6/04/04 Wages $594.13**<br>**Check #56335**<br>**6/11/04 Wages $336.86**<br>**Check #56391**<br>**6/18/04 Wages $371.08**<br>**Check #56442**<br>**6/25/04 Wages $435.02**<br>**Check #56485**<br>**7/02/04 Wages $549.52**<br>**Check #56525**<br>**7/09/04 Wages $668.47**<br>**Check #56581**<br>**7/16/04 Wages $289.26**<br>**Check #56625**<br>**7/23/04 Wages $408.75**<br>**Check #56679** | **$4,588.55** | **$526.00** |
| **Scott Yates**<br>**2070 Evergreen Ln.**<br>**Round Lake Beach, IL 60073** | **5/21/04 Wages $411.94**<br>**Check #56252**<br>**5/28/04 Wages $385.67**<br>**Check #56299**<br>**6/04/04 Wages $352.46**<br>**Check #56336**<br>**6/04/04 Wages $470.01**<br>**Check #56340**<br>**6/11/04 Wages $397.07**<br>**Check #56392**<br>**6/18/04 Wages $382.21**<br>**Check #56444**<br>**6/25/04 Wages $360.39**<br>**Check #56487**<br>**7/02/04 Wages $523.97**<br>**Check #56527**<br>**7/09/04 Wages $598.32**<br>**Check #56583**<br>**7/16/04 Wages $352.46**<br>**Check #56627**<br>**7/23/04 Wages $509.10**<br>**Check #56681** | **$5,043.60** | **$582.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Scott W. Pluta**<br>**1166 Belle Plaine**<br>**Gurnee, IL 60031** | **5/21/04 Wages $518.37**<br>**Check #56253**<br>**5/28/04 Wages $518.38**<br>**Check #56300**<br>**6/04/04 Wages $555.04**<br>**Check #56337**<br>**6/11/04 Wages $417.75**<br>**Check #56393**<br>**6/18/04 Wages $533.25**<br>**Check #56445**<br>**6/25/04 Wages $518.37**<br>**Check #56488**<br>**7/02/04 Wages $566.45**<br>**Check #56528**<br>**7/09/04 Wages $592.72**<br>**Check #56584**<br>**7/16/04 Wages $409.82**<br>**Check #56628**<br>**7/23/04 Wages $533.24**<br>**Check #56682** | **$5,163.39** | **$0.00** |
| **Scott English**<br>**23423 84th St.**<br>**Salem, WI 53168** | **6/18/04 Wages $511.60**<br>**Check #56443**<br>**6/25/04 Wages $511.59**<br>**Check #56486**<br>**7/02/04 Wages $511.60**<br>**Check #56534**<br>**7/09/04 Wages $427.59**<br>**Check #56582**<br>**7/16/04 Wages $427.58**<br>**Check #56626**<br>**7/23/04 Wages $427.58**<br>**Check #56680**<br>**7/27/04 Wages $228.02**<br>**Check #56696** | **$3,045.56** | **$1,300.00** |
| **Terry Williams**<br>**3807 Charles St.**<br>**Racine, WI 53400** | **5/21/04 Wages $583.57**<br>**Check #56454**<br>**5/28/04 Wages $669.53**<br>**Check #56301**<br>**6/04/04 Wages $866.07**<br>**Check #56338**<br>**6/11/04 Wages $512.50**<br>**Check #56394**<br>**6/18/04 Wages $593.59**<br>**Check #56446**<br>**6/25/04 Wages $652.31**<br>**Check #56490**<br>**7/02/04 Wages $695.86**<br>**Check #56529**<br>**7/09/04 Wages $901.62**<br>**Check #56585**<br>**7/16/04 Wages $505.50**<br>**Check #56629**<br>**7/23/04 Wages $667.17**<br>**Check #56684**<br>**8/6/04 Exp. Reimb $151.00**<br>**Check#56698** | **$6,798.72** | **$1,820.00** |

13

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tyrone N. Taylor**<br>**914 Glen Flora**<br>**Waukegan, IL 60085** | **5/21/04 Wages $232.50**<br>**Check #56255**<br>**5/28/04 Wages $235.98**<br>**Check #56302**<br>**6/04/04 Wages $242.91**<br>**Check #56339**<br>**6/11/04 Wages $250.84**<br>**Check #56395**<br>**6/18/04 Wages $224.58**<br>**Check #56447**<br>**6/25/04 Wages $213.17**<br>**Check #56489**<br>**7/02/04 Wages $384.67**<br>**Check #56530**<br>**7/09/04 Wages $376.74**<br>**Check #56586**<br>**7/09/04 Wages $611.87**<br>**Check #56587**<br>**7/16/04 Wages $228.04**<br>**Check #56630**<br>**7/23/04 Wages $235.97**<br>**Check #56683** | **$3,237.27** | **$0.00** |
| **Jerry J. Marzullo, Jr.**<br>**300 N. Beck Road**<br>**Lindenhurst, IL 60046** | **7/23/04 Wages $432.42**<br>**Check #56666**<br>**8/02/04 Wages $122.09**<br>**Check #56697** | **$554.51** | **$0.00** |
| **Illinois Child Support**<br>**State Disbursement**<br>**P.O. Box 5400**<br>**Carol Stream, IL 60197-5400** | **Automatic Wage**<br>**Deductions from**<br>**Employees for Child**<br>**Support Obligations**<br>**5/21/04 $176.42 Check**<br>**#56256**<br>**5/28/04 $176.42 Check**<br>**#56303**<br>**6/04/04 $176.42 Check**<br>**#56341**<br>**6/11/04 $176.42 Check**<br>**#56396**<br>**6/18/04 $176.42 Check**<br>**#56449**<br>**6/25/04 $176.42 Check**<br>**#56494**<br>**7/02/04 $176.42 Check**<br>**#56532**<br>**7/09/04 $176.42 Check**<br>**#56589**<br>**7/16/04 $176.42 Check**<br>**#56632**<br>**7/23/04 $176.42 Check**<br>**#56687** | **$1,764.20** | **$0.00** |
| **United Lift Truck**<br>**P.O. Box 5948**<br>**Carol Stream, IL 60197** | **5/21/04 $692.45 Check**<br>**#56269** | **$692.45** | **$758.88** |

14

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wisconsin Child Support SCTF P.O. Box 7440 Milwaukee, WI 53274-0400** | **Automatic Wage Deductions for Employee Child Support Obligations 5/21/04 $96.90 Check #56257 5/28/04 $88.40 Check #56304 6/04/04 $113.90 Check #56342 6/04/04 $35.00 Check #56343 (Fees) 6/11/04 $86.70 Check #56397 6/18/04 $79.05 Check #56450 6/25/04 $93.50 Check #56495 7/02/04 $101.15 Check #56533 7/09/04 $116.45 Check #56590 7/16/04 $79.05 Check #56633 7/23/04 $93.50 Check #56688** | **$948.60** | **$0.00** |
| **Chase Freedom - Fuel P.O. Box 52064 Phoenix, AZ 85072-2064** | **Truck Expenses - Fuel 5/21/04 $20.31 Check #56258 7/26/04 $69.77 Check #56690** | **$90.08** | **$0.00** |
| **The Accountants Group, Inc. 1431 McHenry Rd., Suite 216 P.O. Box 8902 Buffalo Grove, IL 60089-8902** | **5/21/04 $260.00 Check #56259 7/02/04 $75.00 Check #56550** | **$335.00** | **$0.00** |
| **City of Waukegan - Building Department 410 Robert V. Sabonjian Pl. Waukegan, IL 60085** | **Sign Fees 5/21/04 Check #56260** | **$48.00** | **$0.00** |
| **Antioch Tire 440 East Route 173 Antioch, IL 60002** | **Truck Expenes 5/21/04 $952.01 Check #56261 6/18/04 $143.36 Check #56456 7/16/04 $1,775.18 Check #56643** | **$2,870.55** | **$749.26** |
| **Nextel P.O. Box 4191 Carol Stream, IL 60197** | **5/21/04 $1,647.97 Check #56262 6/11/04 $1,596.95 Check #56405 7/16/04 $1,433.10 Check #56642** | **$4,678.02** | **$1,500.29** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** | **Regular Monthly Vehicle Lease Payments (2)**<br>**5/21/04 $519.86 Check #56263**<br>**6/11/04 $763.15 Check #56401**<br>**6/18/04 $519.86 Check #56453**<br>**7/09/04 $763.15 Check #56594**<br>**7/26/04 $519.86 Check #56689**<br>**8/11/04 $763.15 Check #56703** | **$3,849.03** | **$0.00** |
| **Erie Insurance**<br>**458 N. Green Bay Rd.**<br>**Waukegan, IL 60085** | **Truck and Business Insurance**<br>**5/21/04 $9,510.18 Check #56264 (Truck)**<br>**6/17/04 $7,875.00 Check #56412 (Business)**<br>**7/16/04 $7,875.00 Check #56641 (Business)**<br>**8/16/04 $7,876.00 Check #56707 (Business)** | **$33,136.18** | **$0.00** |
| **Clover Club**<br>**356 N. Kilbourne**<br>**Chicago, IL 60624** | **5/21/04 $2,971.49 Check #56265**<br>**6/04/04 $988.20 Check #56359**<br>**6/25/04 $2,830.59 Check #56493** | **$6,790.28** | **$4,791.55** |
| **Cadbury Schwepps**<br>**P.O. Box 75414**<br>**Charlotte, NC 28275** | **5/21/04 $10,289.00 Check #56266**<br>**6/25/04 $12,915.00 Check #56492**<br>**7/09/04 $15,622.25 Check #56593**<br>**7/19/04 $12,677.00 Check #56649** | **$51,503.25** | **$19,919.40** |
| **Honest Tea**<br>**5019 Wilson Lane**<br>**Bethesda, MD 20814** | **5/21/04 $500.00 Check #56267**<br>**6/04/04 $500.00 Check #56360** | **$1,000.00** | **$3,658.40** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service Department of the Treasury Cincinnati, OH 45999** | **941 Taxes paid through Grand National Bank now Fifth Third Bank 5/24/04 $4,422.82 FEIN 36-3629874 6/01/04 $4,997.78 FEIN 36-3629874 6/07/04 $6,992.62 FEIN 36-3629874 6/14/04 $4,086.92 FEIN 36-3629874 6/21/04 $4,959.02 FEIN 36-3629874 6/29/04 $5,012.48 FEIN 36-3629874 7/05/04 $5,707.98 FEIN 36-3629874 7/09/04 $7,092.12 FEIN 36-3629874 7/19/04 $3,922.78 FEIN 36-3629874 7/26/04 $5,322.84 FEIN 36-3629874 8/05/04 $24.42 FEIN 36-3629874** | **$52,541.78** | **$0.00** |
| **Internal Revenue Service Department of the Treasury Cincinnati, OH 45999** | **940 2nd Quarter 2004 Taxes paid through Grand National Bank now Fifth Third Bank 7/28/04 $210.86 941 FEIN 36-3629874 7/28/04 $55.04 FEIN 36-3629874 7/28/04 $54.64 FEIN 36-3629874 7/30/04 $66.20 FEIN 36-3629874** | **$386.74** | **$0.00** |
| **Wisconsin Department of Revenue P.O. Box 93931 Milwaukee, WI 53293** | **Payroll Liabilities 6/01/04 $1,507.35 FEIN 36-3629874 6/18/04 $1,099.86 FEIN 36-3629874 7/28/04 $1,402.38 FEIN 36-3629874 8/06/04 $1,369.65 FEIN 36-3629874** | **$5,379.24** | **$0.00** |
| **Fifth Third Bank 346 W. Carol Ln. Elmhurst, IL 60126** | **Loan Payments 6/03/04 $500.00 Check #56306 6/18/04 $2,053.04 Check #56451 7/02/04 $500.00 Check #56536 7/19/04 $2,050.31 Check #56648 8/11/04 $500.00 Check #56704** | **$5,603.35** | **$55,000.00** |

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **American Funds**<br>**Attn: Group Plan**<br>**P.O. Box 6007**<br>**Indianapolis, IN 46209** | **Employee Roth Accounts**<br>**6/04/04 $334.25 #56344**<br>**Benefit of John D. DeBoer**<br>**6/25/04 $323.50 #56491**<br>**Benefit of Terry Willams**<br>**7/09/04 $336.00 #56588**<br>**Benefit of John D. DeBoer** | **$993.75** | **$0.00** |
| **NMHG Financial Services, Inc.**<br>**P.O. Box 642385**<br>**Pittsburgh, PA 15264-2385** | **Payments for Forklifts**<br>**6/04/04 $758.88 Check**<br>**#56345**<br>**7/02/04 $758.88 Check**<br>**#56535**<br>**8/18/04 $758.88 Check**<br>**#56708** | **$2,276.64** | **$7,200.00** |
| **Spring Green Lawn**<br>**1500 Old Deerfield Rd.**<br>**Highland Park, IL 60035** | **6/04/04 $71.60 Check**<br>**#56346**<br>**7/02/04 $552.70 Check**<br>**#56539**<br>**7/16/04 $270.38 Check**<br>**#56635** | **$894.68** | **$158.50** |
| **United Propane**<br>**3805 Clearview Ct.**<br>**Gurnee, IL 60031** | **6/04/04 $69.08 Check**<br>**#56347**<br>**6/11/04 $78.14 Check**<br>**#56407**<br>**7/02/04 $72.37 Check**<br>**#56537**<br>**7/16/04 $78.74 Check**<br>**#56634**<br>**8/16/04 $275.71 Check**<br>**#56706** | **$574.04** | **$0.00** |
| **Olson Lawn Service**<br>**P.O. Box 432**<br>**Wadsworth, IL 60083** | **6/04/04 $1,280.00 Check**<br>**#56348**<br>**7/16/04 $600.00 Check**<br>**#56638** | **$1,880.00** | **$0.00** |
| **Lawson Products**<br>**2689 Paysphere Cir.**<br>**Chicago, IL 60674** | **6/04/04 Check #56349** | **$567.42** | **$0.00** |
| **Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045** | **Department of**<br>**Transportation Physicals**<br>**6/04/04 Check #56350** | **$233.00** | **$0.00** |
| **Cintas First Aid Service**<br>**N56W16718 Ridgewood**<br>**Menomonee Falls, WI 53051** | **6/04/04 Check #56351** | **$15.49** | **$13.34** |
| **CCC Technologies, Inc.**<br>**700 Nicholas Blvd.**<br>**Elk Grove Village, IL 60007** | **6/4/04 Check #56352** | **$259.00** | **$0.00** |
| **Office Depot Credit Plan**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368** | **6/04/04 $128.64 Check**<br>**#56353**<br>**7/02/04 $231.62 Check**<br>**#56551** | **$360.26** | **$196.31** |
| **Humana Health**<br>**P.O. Box 0599**<br>**Carol Stream, IL 60132** | **Employee Health Insurance**<br>**Premiums**<br>**6/04/04 $4,798.07 Check**<br>**#56354 (June)**<br>**7/02/04 $4,980.59 Check**<br>**#56548 (July)** | **$9,778.66** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **AT&T Wireless**<br>**P.O. Box 9001309**<br>**Louisville, KY 40290** | **6/04/04 $49.79 Check #56355**<br>**6/11/04 $203.61 Check #56404**<br>**7/02/04 $220.26 Check #56547**<br>**7/09/04 $49.79 Check #56595**<br>**7/26/04 $48.44 Check #56691** | **$571.89** | **$213.41** |
| **SBC\***<br>**Law Department**<br>**225 W. Randolph, Suite 27A**<br>**Chicago, IL 60606** | **6/04/04 $50.58 Check #56356**<br>**6/11/04 $55.63 Check #56399** | **$106.21** | **$0.00** |
| **People's Energy**<br>**Attn: Bankruptcy Department**<br>**130 E. Randolph, 17th Floor**<br>**Chicago, IL 60601** | **6/4/04 $251.13 Check #56357**<br>**7/2/04 $125.54 Check #56545**<br>**8/13/04 $141.48 Check #56705** | **$518.15** | **$267.93** |
| **Airgas North**<br>**1212 Belvidere Street**<br>**Waukegan, IL 60085** | **6/4/04 $42.00 Check #56358**<br>**7/2/04 $42.16 Check #56549** | **$84.16** | **$42.00** |
| **Nicolet Forest Bottling**<br>**39 S. Barrington Rd.**<br>**South Barrington, IL 60010** | **6/4/04 $8,396.85 Check #56361**<br>**6/17/04 $10,456.80 Check #56413**<br>**7/1/04 $8,819.50 Check #56497** | **$27,673.15** | **$0.00** |
| **Royal Crown Bottling Co. of Chicago**<br>**2801 W. 47th St.**<br>**Chicago, IL 60632** | **6/4/04 $3,000.00 Check #56362**<br>**7/5/04 $3,000.00 Check #56552** | **$6,000.00** | **$0.00** |
| **Illinois Department of Revenue**<br>**P.O. Box 19084**<br>**Springfield, IL 62794-9084** | **Payroll Withholding Liabilities**<br>**6/11/04 $1,544.40 Check #56398**<br>**7/28/04 $1,645.50 Check #56692**<br>**7/28/04 $18.02 Check #56694 (2nd Qtr IFTA)**<br>**8/6/04 $1,784.82 Check #56700** | **$4,992.74** | **$0.00** |
| **Anderson Pest**<br>**219 W. Diversey**<br>**Elmhurst, IL 60126** | **6/11/04 $32.83 Check #56400**<br>**7/18/04 $32.83 Check #56640** | **$65.66** | **$32.83** |
| **Onyx Garbage Service**<br>**8246 Innovation Way**<br>**Chicago, IL 60682** | **6/11/04 $297.54 Check #56402**<br>**7/16/04 $299.00 Check #56636** | **$596.54** | **$0.00** |
| **Com Ed**<br>**Attn: Credit Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | **6/11/04 $549.37 Check #56406**<br>**7/9/04 $607.59 Check #56597** | **$1,156.96** | **$549.83** |
| **Guardian Dental**<br>**P.O. Box 95101**<br>**Chicago, IL 60694-5101** | **Employee Dental Insurance Premiums**<br>**6/11/04 $289.63 Check #56403**<br>**7/02/04 $289.63 Check #56546** | **$579.26** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Navistar Financial Corp.<br>P.O. Box 4024<br>Schaumburg, IL 60168 | 6/11/02 $3,641.52 Check #56408<br>7/09/04 $3,641.52 Check #56596 | $7,283.04 | $28,437.12 |
| Metro Industrial Tire<br>9200 S. Harlem Ave.<br>Bridgeview, IL 60455 | 6/11/04 Check #56409 | $1,014.60 | $0.00 |
| Auto Center License Center<br>38900 Green Bay Rd.<br>Beach Park, IL 60087 | Truck License Plates<br>6/14/04  Check #56410 | $28,320.00 | $0.00 |
| MCI<br>P.O. Box 17890<br>Denver, CO 80217-0890 | 6/18/04 $7.71 Check #56452<br>7/02/04 $7.82 Check #56538 | $15.53 | $0.00 |
| Paulsens Truck & Spring<br>1005 N. Green Bay Rd.<br>Waukegan, IL 60085 | 06/18/04 Check #56454 | $20.00 | $300.20 |
| Freund International<br>P.O. Box 67<br>Huntley, IL 60142 | 6/18/04 $753.24 Check #56455<br>7/16/04 $583.64 Check #56639 | $1,336.88 | $710.72 |
| American Speedy Printing<br>1810 North Delany Rd.<br>Gurnee, IL 60031 | 7/01/04  Check #56496 | $822.15 | $13.00 |
| A&S Alternator & Starters<br>3225 Sunset<br>Waukegan, IL 60087 | 7/2/04 Check #56540 | $360.12 | $225.75 |
| Lake County Door Company<br>3250 Monroe Ave.<br>Waukegan, IL 60085 | 7/02/04  Check #56541 | $278.38 | $0.00 |
| Coverall Cleaning Service<br>NW7843 03<br>P.O. Box 1450<br>Minneapolis, MN 55485 | 07/02/04  Check #56542 | $130.00 | $130.00 |
| Wisconsin Kenworth<br>Credit Department<br>P.O. Box 14200<br>Madison, WI 53714 | 7/02/04 Check #56543 | $127.72 | $0.00 |
| City of Waukegan<br>410 Robert V. Sabonjian Pl.<br>Waukegan, IL 60085 | 7/02/04  Check #56544 | $24.00 | $0.00 |
| Sherwin Williams<br>6605 NW Highway<br>Crystal Lake, IL 60014 | 7/05/04  Check #56653 | $118.80 | $0.00 |
| J. Terry Ross<br>660 Vernon<br>Glencoe, IL 60022 | 7/05/04 Check #56554 | $338.40 | $0.00 |
| LTD Commodities<br>P.O. Box 702<br>Bannochurn, IL 60015 | 7/16/04 Check #56637 | $46.72 | $0.00 |
| Steiner Electric<br>2665 Payspere Circ.<br>Chicago, IL 60674 | 7/16/04 Check #56644 | $184.68 | $0.00 |
| JX Enterprises, Inc.<br>P.O. Box 196<br>Waukesha, WI 53187 | 7/16/04 Check #56645 | $1,656.23 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Great Waters of Canada - LCA, Inc.**<br>**398 Ave. Road**<br>**Ontario Canada N1R 554** | **7/19/04 Check #56650** | **$6,143.94** | **$4,785.27** |
| **Illinois Dept. of Employment Securi**<br>**401 S. State Street**<br>**4th Floor**<br>**Chicago, IL 60605** | **2nd Quarter 2004**<br>**7/28/04 Check #56693** | **$850.66** | **$0.00** |
| **R.P. Ronowski**<br>**1055 Old Barn Lane**<br>**Lake Forest, IL 60087** | **8/11/04 Check # 56701** | **$342.40** | **$0.00** |
| **Great Lakes Dist.**<br>**2601 Bernice Rd.**<br>**Lansing, IL 60438** | **8/11/04 Check #56702** | **$857.66** | **$0.00** |

None    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
☐    are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jason R. DeBoer**<br>**37120 N. Bayonne Ave.**<br>**Waukegan, IL 60087**<br>   **Son of President** | **6/18/04 Wages $311.40**<br>**Check #56428**<br>**6/25/04 Wages $311.40**<br>**Check #56471**<br>**7/02/04 Wages $460.10**<br>**Check #56511**<br>**7/09/04 Wages $385.75**<br>**Check #56567**<br>**7/16/04 Wages $311.40**<br>**Check #56611**<br>**7/23/04 Wages $385.75**<br>**Check #56663** | **$2,165.80** | **$0.00** |
| **Jeri J. DeBoer**<br>**37120 N. Bayonne**<br>**Waukegan, IL 60087**<br>   **Officer - Secretary** | **5/21/04 Wages $328.15**<br>**Check #56237**<br>**5/28/04 Wages $328.14**<br>**Check #56285**<br>**6/04/04 Wages $328.15**<br>**Check #56322**<br>**6/11/04 Wages $328.15**<br>**Check #56379**<br>**6/18/04 Wages $328.15**<br>**Check #56430**<br>**6/25/04 Wages $328.14**<br>**Check #56473**<br>**7/02/04 Wages $328.15**<br>**Check #56513**<br>**7/09/04 Wages $328.15**<br>**Check #56569**<br>**7/16/04 Wages $328.15**<br>**Check #56613**<br>**7/23/04 Wages $328.14**<br>**Check #56665** | **$2,953.33** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John D. DeBoer**<br>**37423 N. Parma Ave.**<br>**Lake Villa, IL 60046**<br>    **Son of Officers** | **5/21/04 Wages $536.71**<br>**Check #56239**<br>**5/28/04 Wages $611.77**<br>**Check #56287**<br>**6/04/04 Wages $783.81**<br>**Check #56324**<br>**6/11/04 Wages $474.12**<br>**Check #56381**<br>**6/18/04 Wages $545.07**<br>**Check #56432**<br>**6/25/04 Wages $597.17**<br>**Check #56475**<br>**7/02/04 Wages $634.71**<br>**Check #56515**<br>**7/09/04 Wages $820.34**<br>**Check #56571**<br>**7/16/04 Wages $467.89**<br>**Check #56615**<br>**7/23/04 Wages $683.07**<br>**Check #56668**<br>**8/06/04 Exp. Reimb $49.35**<br>**Check #56699** | **$4,886.23** | **$2,730.00** |
| **John R. DeBoer**<br>**37120 N. Bayonne Ave.**<br>**Waukegan, IL 60087**<br>    **President** | **5/21/04 Wages $929.20**<br>**Check #56240**<br>**5/28/04 Wages $929.20**<br>**Check #56288**<br>**6/04/04 Wages $929.20**<br>**Check #56325**<br>**6/11/04 Wages $929.20**<br>**Check #56382**<br>**6/18/04 Wages $929.20**<br>**Check #56433**<br>**6/25/04 Wages $929.20**<br>**Check #56476**<br>**7/02/04 Wages $929.20**<br>**Check #56516**<br>**7/09/04 Wages $929.20**<br>**Check #56572**<br>**7/16/04 Wages $929.20**<br>**Check #56616**<br>**7/23/04 Wages $929.20**<br>**Check #56669** | **$9,292.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■       a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐       b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fifth Third Bank**<br>**346 W. Carol Ln.**<br>**Elmhurst, IL 60126** | **August 25, 2004** | **Fifth Third Bank seized all monies held in two business checking accounts of the Debtor totally approximately $69,000.00.** |

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Royal Crown Bottling Co. of Chicago**<br>**2801 West 47th St.**<br>**Chicago, IL 60632** | **July 20, 2004** | **Termination of Distributorship Agreement with R.C. Bottling of Chicago and delivery of possession of assets claimed as collateral by R.C. Bottling Co. of Chicago Security Agreement** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Richards, Ralph & Schwab, Chartered**<br>**175 East Hawthorn Parkway**<br>**Vernon Hills, IL 60061** | **July 26, 2004**<br>**Debtors** | **$4,101.52 Retainer.** |

**10. Other transfers**

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF<br>PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| John DeBoer Enterprises, Inc. | 36-3629874 | 37120 Bayonne Avenue Waukegan, IL 60087 | Soft drink distributor | 3/1985 to July 20, 2004 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Charles Mauter The Account Group, Inc. 143 McHenry Rd., Suite 216 Buffalo Grove, IL 60089 | March, 1985 to Present |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Charles Mauter | The Account Group, Inc. 143 McHenry Rd., Suite 216 Buffalo Grove, IL 60089 |
| John D. DeBoer | 37120 N. Bayonne Waukegan, IL 60087 |

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                            DATE ISSUED

### 20. Inventories

None
☐     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| July 21, 2004 | John R. DeBoer | J.D. Products only $47,781.41 (Cost) |
| July 21, 2004 | John R. DeBoer | R.C. Products Only $82,699.98 (Cost) |
| August 1, 2004 | John R. DeBoer | RC Products only $77,395.59 |
| August 1, 2004 | John R. DeBoer | JD Products only $28,378.98 |

None
☐     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| July 21, 2004 | John R. DeBoer<br>37120 N. Bayonne<br>Waukegan, IL 60087 |
| July 21, 2004 | John R. DeBoer<br>37120 N. Bayonne<br>Waukegan, IL 60087 |
| August 1, 2004 | John R. Deboer<br>37120 N. Bayonne<br>Waukegan, IL 60087 |
| August 1, 2004 | John R. DeBoer<br>37120 N. Bayonne<br>Waukegan, IL 60087 |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None
☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John R. DeBoer<br>37120 N. Bayonne<br>Waukegan, IL 60087 | President | 50% ownership in stock |
| Jeri DeBoer<br>37120 N. Bayonne<br>Waukegan, IL 60087 | Secretary | 50% stock ownership |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October 14, 2004**          Signature   **/s/ John R. DeBoer**

**John R. DeBoer**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John DeBoer Enterprises, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................   $   **5,000.00**

Prior to the filing of this statement I have received..................................................   $   **4,101.52**

Balance Due.............................................................................................................   $   **898.48**

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

Dated:   **October 14, 2004** _____        **/s/ David J. Schwab 6204333** _____
**David J. Schwab 6204333**
**Richards, Ralph & Schwab, Chartered**
**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
**847-367-9699  Fax: 847-367-9621**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John DeBoer Enterprises, Inc.**                          Case No. _____

                                         Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____ **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 14, 2004** _____       **/s/ John R. DeBoer** _____

                                             **John R. DeBoer**/**President**
                                             Signer/Title

A&S Alternator & Starters
3225 Sunset
Waukegan, IL 60087


Airgas North
1212 Belvidere Street
Waukegan, IL 60085


American Body Company
11316 West 70th Place
Indian Head Park, IL 60526


American Speedy Printing
1810 North Delany Rd.
Gurnee, IL 60031


Anderson Pest
219 W. Diversey
Elmhurst, IL 60126


Antioch Tire
440 East Route 173
Antioch, IL 60002


AT&T Wireless
P.O. Box 9001309
Louisville, KY 40290


Brian Paulus
27 Cremin Dr.
Lake Villa, IL 60046


Cadbury Schwepps
P.O. Box 75414
Charlotte, NC 28275


Carleen Sweetwood
6752 Preakness Pl.
Apt. C
Gurnee, IL 60031


Cintas First Aid Service
N56W16718 Ridgewood
Menomonee Falls, WI 53051

Clover Club
356 N. Kilbourne
Chicago, IL 60624

Com Ed
Attn: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523

Coverall Cleaning Service
NW7843 03
P.O. Box 1450
Minneapolis, MN 55485

Dave Carey
225 Country Club Dr.
Unit 213
Kenosha, WI 53140

Dennis Bloom
2024 Arthur Drive
Waukegan, IL 60087

Diane Nadelhoffer
36441 Fuller Rd.
Gurnee, IL 60031

Donald Ontko
9518 Ryan Green
Franklin, WI 53132

Fifth Third Bank
346 W. Carol Ln.
Elmhurst, IL 60126

Freund International
P.O. Box 67
Huntley, IL 60142

GMAC
P.O. Box 217060
Auburn Hills, MI 48321

Great Waters of Canada - LCA, Inc.
398 Ave. Road
Ontario Canada N1R 554


Gregory Nadelhoffer
36441 Fuller Rd.
Gurnee, IL 60031


Honest Tea
5019 Wilson Lane
Bethesda, MD 20814


Illinois Department of Revenue
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Illinois Department of Revenue
ICS Payment & Correspondence
P.O. Box 19043
Springfield, IL 62794


Illinois Dept. of Employment Securi
401 S. State Street
4th Floor
Chicago, IL 60605


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Internal Revenue Service*
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


International Finance Group
Midwest Regional Finance Office
2850 W. Golf Road
Rolling Meadows, IL 60008


Jason Bratzke
2543 N. McAree
Waukegan, IL 60087

Jason Schank
21339 W. Morton
Lake Villa, IL 60046


Joe Debolt
34547 Hunt Club
Gurnee, IL 60031


John D. DeBoer
37423 N. Parma Ave.
Lake Villa, IL 60046


JX Enterprise
P.O. Box 68-9958
Milwaukee, WI 53268


JX Enterprises, Inc.
P.O. Box 196
Waukesha, WI 53187


Kristoffer Oleson
40177 N. Liberty
Antioch, IL 60002


Lake County Hose & Equipment
37120 Bayonne Dr.
Waukegan, IL 60087


Lawrence Shinsky
1029 McAlister Avenue North
North Chicago, IL 60064


Lube Oils
345 N. Skokie Hwy.
Gurnee, IL 60031


Mark Pias
1888 - 19th Ave.
Kenosha, WI 53140


Matthew Zagar
2805 Ashland Ave.
Racine, WI 53403

Navistar Financial Corp.
P.O. Box 4024
Schaumburg, IL 60168


Nextel
P.O. Box 4191
Carol Stream, IL 60197


NMHG Financial Services, Inc.
P.O. Box 642385
Pittsburgh, PA 15264-2385


North Shore Sanitary District
P.O. Box 750, Wm Koepsel Dr.
Gurnee, IL 60031


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368


Paulsens Truck & Spring
1005 N. Green Bay Rd.
Waukegan, IL 60085


People's Energy
Attn: Bankruptcy Department
130 E. Randolph, 17th Floor
Chicago, IL 60601


Peter Saravia
3856 Sonoma Circle
Lake In The Hills, IL 60156


Richard Larsen
2213 1/2 Ashland
Racine, WI 53403


Robert Ross
304 Keith
Waukegan, IL 60085


Scott English
23423 84th St.
Salem, WI 53168

Scott Yates
2070 Evergreen Ln.
Round Lake Beach, IL 60073


Spring Green Lawn
1500 Old Deerfield Rd.
Highland Park, IL 60035


Terry Williams
3807 Charles St.
Racine, WI 53400


The Accountants Group, Inc.
1431 McHenry Rd. (Rt. 83), Ste. 216
P.O. Box 8902
Buffalo Grove, IL 60089


United Lift Truck
P.O. Box 5948
Carol Stream, IL 60197


Water Concepts
39 S. Barrington Rd.
South Barrington, IL 60010