**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: JOHN DEBOER ENTERPRISES INC, § Case No. 04-38240-JHS
      DBA JOHN DEBOER ENTERPRISES INC §
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2004. The undersigned trustee was appointed on October 14, 2004.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $    51,512.33

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 6,910.45 |
| Administrative expenses | 14,710.31 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 29,866.57 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

    6. The deadline for filing non-governmental claims in this case was  / /  and the deadline for filing governmental claims was 04/12/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,825.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $5,825.62, for a total compensation of $5,825.62.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2011          By:/s/ILENE F. GOLDSTEIN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-38240-JHS  
Case Name: JOHN DEBOER ENTERPRISES INC,  
DBA JOHN DEBOER ENTERPRISES INC  
Period Ending: 09/30/11

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 10/14/04 (f)  
§341(a) Meeting Date: 12/16/04  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE AS OF JULY 20, 2004 | 36,925.26 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES: '02 CHEVROLET - LEASEDS | 0.00 | 0.00 | | 0.00 | FA |
| 4 | AUTOMOBILES: '03 CHEVROLET - LEASED | 0.00 | 0.00 | | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES 8'82 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES '88 TRALIER | Unknown | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES: '88 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES '92 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES '92 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 14 | VEHICLE: '84 GREAT DANE BOX CAR | Unknown | Unknown | | 0.00 | FA |
| 15 | VEHICLE: '89 FRUEHAUF BOX CARS | Unknown | Unknown | | 0.00 | FA |
| 16 | VEHICLE: '88 GREAT DANE PUP | Unknown | Unknown | | 0.00 | FA |
| 17 | VEHICLE: '75 MONON PUPS | Unknown | Unknown | | 0.00 | FA |
| 18 | VEHICLE: '69 BARTLETT | Unknown | Unknown | | 0.00 | FA |
| 19 | VEHICLE: ' 74 FRUEHAUFS | Unknown | Unknown | | 0.00 | FA |
| 20 | VEHICLE: '93 HACKNEYS | Unknown | Unknown | | 0.00 | FA |
| 21 | VEHICLE: '93 HACKNEYS | Unknown | Unknown | | 0.00 | FA |
| 22 | VEHICLE: ' 80 INTERNATIONAL | Unknown | Unknown | | 0.00 | FA |
| 23 | VEHICLE: '92 INTERNATIONAL | 8,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 04-38240-JHS | Trustee: | (330290) ILENE F. GOLDSTEIN |
| Case Name: JOHN DEBOER ENTERPRISES INC, DBA JOHN DEBOER ENTERPRISES INC | Filed (f) or Converted (c): | 10/14/04 (f) |
| | §341(a) Meeting Date: | 12/16/04 |
| Period Ending: 09/30/11 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | VEHICL: '92 INTERNATIONALS | 8,000.00 | 0.00 | | 0.00 | FA |
| 25 | VEHICLE: '88 INTERNATIONAL | 29,000.00 | 18,000.00 | | 0.00 | FA |
| 26 | VEHICLE: '88 INTERNATIONAL | 10,000.00 | 0.00 | | 0.00 | FA |
| 27 | VEHICLE: '88 INTERNATIONAL | 10,000.00 | 0.00 | | 0.00 | FA |
| 28 | VEHICLE: '90 INTERNATIONAL | Unknown | Unknown | | 0.00 | FA |
| 29 | VEHICLE: '95 INTERNATIONAL | 18,000.00 | 0.00 | | 0.00 | FA |
| 30 | VEHICLE: '96 INTERNATIONAL | 21,000.00 | 0.00 | | 0.00 | FA |
| 31 | VEHICLE: '02 INTERNATIONAL | 39,000.00 | 29,461.80 | | 0.00 | FA |
| 32 | VEHICLE: '02 INTERNATIONAL | 39,000.00 | 29,461.80 | | 0.00 | FA |
| 33 | VEHICLE: '90 WESTERN STAR | Unknown | Unknown | | 0.00 | FA |
| 34 | VEHICLE: '96 KENWORTH | Unknown | Unknown | | 0.00 | FA |
| 35 | VEHICLE: HYSTER 550XM FORKLIFT | 10,900.00 | 7,300.00 | | 0.00 | FA |
| 36 | VEHICLE: HYSTER 550XM FORKLIFT | 11,900.00 | 8,300.00 | | 0.00 | FA |
| 37 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| 38 | INVENTORY | Unknown | Unknown | | 0.00 | FA |
| 39 | VALUE OF ALL VEHICLES | 50,000.00 | 35,000.00 | | 50,775.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 737.33 | Unknown |
| 40 | Assets Totals (Excluding unknown values) | $292,225.26 | $128,023.60 | | $51,512.33 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE IS PREPARING HER FINAL REPORT AND RECONCILING POTENTIAL LIEN CLAIMS. THE ATTORNEYS HANDLING THE SECURED CREDITORS' INTEREST ARE NO LONGER WITH THE LAW FIRM AND THE TRUSTEE HAS HAD DIFFICULTY GETTING INFORMATION AS TO THE RESOLUTION AS TO THE EXTENT, VALIDITY AND PRIORITY OF A LIEN. THE TRUSTEE IS GOING TO FILE A MOTION OR SEEK ALTERNATIVE MEANS TO RESOLVE THIS LIEN AND THEN FILE HER FINAL REPORT.

Initial Projected Date Of Final Report (TFR): June 30, 2007     Current Projected Date Of Final Report (TFR): March 31, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-38240-JHS | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | JOHN DEBOER ENTERPRISES INC, | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA JOHN DEBOER ENTERPRISES INC | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***9874 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/30/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/22/05 | {39} | AMERICAN AUCTION ASSOC INC | Sale of personal property | 1129-000 | 48,775.00 | | 48,775.00 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.34 | | 48,777.34 |
| 04/29/05 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 10,500.00 | 38,277.34 |
| 04/29/05 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 250.50 | 38,026.84 |
| 04/29/05 | 1003 | AMERICAN AUCTION ASSOC. INC. | PAY AUCTIONEER FEE AND EXPENSE | 3620-000 | | 3,803.50 | 34,223.34 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 11.36 | | 34,234.70 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 10.93 | | 34,245.63 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 11.87 | | 34,257.50 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 13.10 | | 34,270.60 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 13.48 | | 34,284.08 |
| 10/30/05 | {39} | American Auction | Sale of personal property | 1129-000 | 2,000.00 | | 36,284.08 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 14.89 | | 36,298.97 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 16.35 | | 36,315.32 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.16 | | 36,333.48 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.46 | | 36,353.94 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.53 | | 36,373.47 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.63 | | 36,395.10 |
| 04/07/06 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #04-38240, Annual Bond Amount | 2300-000 | | 27.26 | 36,367.84 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.03 | | 36,390.87 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.73 | | 36,415.60 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.95 | | 36,439.55 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 24.77 | | 36,464.32 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.78 | | 36,489.10 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.19 | | 36,512.29 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.59 | | 36,537.88 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.01 | | 36,561.89 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.23 | | 36,585.12 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.39 | | 36,609.51 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.24 | | 36,627.75 |
| 03/20/07 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-38240 | 2300-000 | | 31.43 | 36,596.32 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.55 | | 36,615.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.20 | | 36,636.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.21 | | 36,656.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.92 | | 36,675.20 |
| | | | Subtotals : | | $51,287.89 | $14,612.69 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-38240-JHS | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | JOHN DEBOER ENTERPRISES INC, | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA JOHN DEBOER ENTERPRISES INC | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***9874 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/30/11 | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.89 | | 36,696.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.24 | | 36,716.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.29 | | 36,734.62 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.57 | | 36,756.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 19.12 | | 36,775.31 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 18.73 | | 36,794.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 16.82 | | 36,810.86 |
| 02/12/08 | 1006 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-38240, Bond payment | 2300-000 | | 31.42 | 36,779.44 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 7.55 | | 36,786.99 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.83 | | 36,793.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.13 | | 36,798.95 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.60 | | 36,803.55 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.67 | | 36,808.22 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.67 | | 36,812.89 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.37 | | 36,817.26 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.83 | | 36,822.09 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.01 | | 36,826.10 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.89 | | 36,828.99 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.61 | | 36,831.60 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,833.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,834.50 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 36,836.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,837.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 36,839.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 36,840.65 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,842.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,843.75 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,845.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,846.75 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,848.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,849.85 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 36,851.30 |
| 02/19/10 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #04-38240 | 2300-000 | | 29.48 | 36,821.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,823.22 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 36,824.87 |

Subtotals : $210.57 $60.90

{} Asset reference(s)                                                            Printed: 09/30/2011 11:37 AM     V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 04-38240-JHS | Trustee: ILENE F. GOLDSTEIN (330290) |
| Case Name: JOHN DEBOER ENTERPRISES INC, DBA JOHN DEBOER ENTERPRISES INC | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****16-65 - Money Market Account |
| Taxpayer ID #: **-***9874 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/30/11 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.95 | | 36,825.82 |
| 04/20/10 | | Wire out to BNYM account 9200******1665 | Wire out to BNYM account 9200******1665 | 9999-000 | -36,825.82 | | 0.00 |
| | | | ACCOUNT TOTALS | | 14,673.59 | 14,673.59 | $0.00 |
| | | | Less: Bank Transfers | | -36,825.82 | 0.00 | |
| | | | Subtotal | | 51,499.41 | 14,673.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $51,499.41 | $14,673.59 | |

{} Asset reference(s)　　　　　Printed: 09/30/2011 11:37 AM　　V.12.57

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number:   04-38240-JHS  
Case Name:   JOHN DEBOER ENTERPRISES INC,  
  DBA JOHN DEBOER ENTERPRISES INC  
Taxpayer ID #:   **-***9874  
Period Ending:   09/30/11

Trustee:   ILENE F. GOLDSTEIN (330290)  
Bank Name:   The Bank of New York Mellon  
Account:   9200-******16-65 - Money Market Account  
Blanket Bond:   $5,000,000.00   (per case limit)  
Separate Bond:   N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | 9999-000 | 36,825.82 | | 36,825.82 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.77 | | 36,826.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.19 | | 36,828.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.12 | | 36,830.90 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.19 | | 36,833.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.18 | | 36,835.27 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,835.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,835.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,836.18 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,836.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,836.80 |
| 02/04/11 | 11008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #04-38240, Bond Premiums | 2300-000 | | 36.72 | 36,800.08 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 36,800.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,800.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,800.97 |
| 05/24/11 | 11009 | Royal Crown Bottling Company | Secured Claim | 4210-000 | | 6,910.45 | 29,890.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 29,890.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,891.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,891.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,891.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.61 | 29,821.96 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -44.61 | 29,866.57 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 36,838.74 | 6,972.17 | $29,866.57 |
| Less: Bank Transfers | 36,825.82 | 0.00 | |
| **Subtotal** | 12.92 | 6,972.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12.92** | **$6,972.17** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| Case Number: | 04-38240-JHS |
| Case Name: | JOHN DEBOER ENTERPRISES INC, |
| | DBA JOHN DEBOER ENTERPRISES INC |
| Taxpayer ID #: | **-***9874 |
| Period Ending: | 09/30/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******16-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 51,512.33
───────────
Net Estate : $51,512.33

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****16-65 | 51,499.41 | 14,673.59 | 0.00 |
| MMA # 9200-******16-65 | 12.92 | 6,972.17 | 29,866.57 |
| | $51,512.33 | $21,645.76 | $29,866.57 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-38240-JHS
Case Name: JOHN DEBOER ENTERPRISES INC,
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 29,866.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Royal Crown Bottling Company of Chicago | 80,309.75 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,866.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 5,825.62 | 0.00 | 5,825.62 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 17,410.50 | 10,500.00 | 6,910.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 373.94 | 250.50 | 123.44 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 3,771.25 | 0.00 | 3,771.25 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 240.00 | 0.00 | 240.00 |

Total to be paid for chapter 7 administration expenses: $ 16,870.81
Remaining balance: $ 12,995.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,995.76

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $3,347.89 must be paid in full before any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | INTERNAL REVENUE SERVICE | 59.97 | 0.00 | 59.97 |
|  | INTERNAL REVENUE SERVICE | 185.91 | 0.00 | 185.91 |
|  | ILLINOIS DEPARTMENT OF REVENUE | 59.97 | 0.00 | 59.97 |
|  | INTERNAL REVENUE SERVICE | 43.48 | 0.00 | 43.48 |
| 9 | John D. DeBoer | 2,998.56 | 0.00 | 2,998.56 |

Total to be paid for priority claims: $ 3,347.89
Remaining balance: $ 9,647.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 802,714.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | NMHG Financial Services Inc | 6,987.60 | 0.00 | 83.98 |
| 2 | Royal Crown Bottling Co. of Chicago | 80,309.75 | 0.00 | 965.25 |
| 3 | Royal Crown Bottling Co. of Chicago | 661,687.86 | 0.00 | 7,952.86 |
| 4 | Mark Pias | 500.00 | 0.00 | 6.01 |
| 5 | Lube Oils | 323.68 | 0.00 | 3.89 |
| 6 | Great Waters of Canada - LCA Inc. | 4,785.27 | 0.00 | 57.51 |
| 7 | The Accountants Group, Inc. | 4,500.00 | 0.00 | 54.09 |
| 8 | Navistar Financial Corporation | 11,319.31 | 0.00 | 136.05 |
| 10 | Clover Club | 4,791.55 | 0.00 | 57.59 |
| 12 | Cadbury Schwepps | 19,919.40 | 0.00 | 239.41 |
| 14 | Commerce abd Industry Insurance Comp | 7,590.28 | 0.00 | 91.23 |

Total to be paid for timely general unsecured claims: $ 9,647.87
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**