**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | JOHN DEBOER ENTERPRISES INC, | § § | Case No. 04-38240 |
| | DBA JOHN DEBOER | § | |
| Debtor(s) | ENTERPRISES INC | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at on November 18, 2011 at 2:00 p.m. in Courtroom B, Park City Branch Court, 301 Greenleaf Avenue, Park City, Illinois, 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/30/2011            By:    /s/ Ilene F. Goldstein
                                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: JOHN DEBOER ENTERPRISES INC, | § | Case No. 04-38240 |
| DBA JOHN DEBOER ENTERPRISES INC | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 51,512.33 |
| *and approved disbursements of* | $ 21,645.76 |
| *leaving a balance on hand of* [1] | $ 29,866.57 |
| **Balance on hand:** | $ 29,866.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Royal Crown Bottling Company of Chicago | 80,309.75 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,866.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 5,825.62 | 0.00 | 5,825.62 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 17,410.50 | 10,500.00 | 6,910.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 373.94 | 250.50 | 123.44 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 3,771.25 | 0.00 | 3,771.25 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 240.00 | 0.00 | 240.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 16,870.81 |
| Remaining balance: | $ 12,995.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,995.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,347.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 59.97 | 0.00 | 59.97 |
| | INTERNAL REVENUE SERVICE | 185.91 | 0.00 | 185.91 |
| | ILLINOIS DEPARTMENT OF REVENUE | 59.97 | 0.00 | 59.97 |
| | INTERNAL REVENUE SERVICE | 43.48 | 0.00 | 43.48 |
| 9 | John D. DeBoer | 2,998.56 | 0.00 | 2,998.56 |

Total to be paid for priority claims: $ 3,347.89
Remaining balance: $ 9,647.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 802,714.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NMHG Financial Services Inc | 6,987.60 | 0.00 | 83.98 |
| 2 | Royal Crown Bottling Co. of Chicago | 80,309.75 | 0.00 | 965.25 |
| 3 | Royal Crown Bottling Co. of Chicago | 661,687.86 | 0.00 | 7,952.86 |
| 4 | Mark Pias | 500.00 | 0.00 | 6.01 |
| 5 | Lube Oils | 323.68 | 0.00 | 3.89 |
| 6 | Great Waters of Canada - LCA Inc. | 4,785.27 | 0.00 | 57.51 |
| 7 | The Accountants Group, Inc. | 4,500.00 | 0.00 | 54.09 |
| 8 | Navistar Financial Corporation | 11,319.31 | 0.00 | 136.05 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Grove Club | | 1,750.50 | 21.09 |
| 12 | Cadbury Schwepps | 19,919.40 | 0.00 | 239.41 |
| 14 | Commerce abd Industry Insurance Comp | 7,590.28 | 0.00 | 91.23 |

Total to be paid for timely general unsecured claims: $ 9,647.87
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                  Case No. 04-38240-ABG
John DeBoer Enterprises, Inc.                                           Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 2                   Date Rcvd: Oct 18, 2011
                               Form ID: pdf006              Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2011.
db           +John DeBoer Enterprises, Inc.,   37120 Bayonne Avenue,   Waukegan, IL 60087-2511
aty          +The Law Offices of IIene F Goldstein Chartered,   425 Huehl Road Ste 16B,
               Northbrook, IL 60062-2366
8601664      +A&S Alternator & Starters,   3225 Sunset,   Waukegan, IL 60087-3433
8601670      +AT&T Wireless,   P.O. Box 9001309,   Louisville, KY 40290-1309
8601665      +Airgas North,   1212 Belvidere Street,   Waukegan, IL 60085-6204
8601666      +American Body Company,   11316 West 70th Place,   Indian Head Park, IL 60525-4782
8656182      +American International,   c/o Caine & Weiner,   1100 East Woodfield Road,
               Schaumburg, IL 60173-5116
8601667      +American Speedy Printing,   1810 North Delany Rd.,   Gurnee, IL 60031-1263
8601669      +Antioch Tire,   440 East Route 173,   Antioch, IL 60002-7265
8601671      +Brian Paulus,   27 Cremin Dr.,   Lake Villa, IL 60046-8681
8601672      +Cadbury Schwepps,   Attn Heather Gabogry,   5301 Legacy Drive,   Plano, TX 75024-3109
8601673      +Carleen Sweetwood,   6752 Preakness Pl.,   Apt. C,   Gurnee, IL 60031-5239
8601674      +Cintas First Aid Service,   N56W16718 Ridgewood,   Menomonee Falls, WI 53051-5657
8601675      +Clover Club,   356 N. Kilbourne,   Chicago, IL 60624-1623
10622597     +Commerce abd Industry Insurance Comp,   American International Group Inc,
               AIG Bankruptcy Collections/David A Levin,   70 Pine Street 31st Floor,   New York, NY 10270-0001
8601677      +Coverall Cleaning Service,   NW7843 03,   P.O. Box 1450,   Minneapolis, MN 55485-1450
8601678       Dave Carey,   225 Country Club Dr.,   Unit 213,   Kenosha, WI 53140
8601679      +Dennis Bloom,   2024 Arthur Drive,   Waukegan, IL 60087-1449
8601680      +Diane Nadelhoffer,   36441 Fuller Rd.,   Gurnee, IL 60031-1903
8601681      +Donald Ontko,   9518 Ryan Green,   Franklin, WI 53132-9595
8791707      +Fifth Third Bank(Chicago) Michigan Banking Corp,   Defrees & Fiske L c/o L Judson Todhunter,
               200 South Michigan Avenue Ste 1100,   Chicago, Il 60604-2461
8601683      +Freund International,   P.O. Box 67,   Huntley, IL 60142-0067
8601684       GMAC,   P.O. Box 217060,   Auburn Hills, MI 48321
8601685       Great Waters of Canada - LCA, Inc.,   398 Ave. Road,   Ontario Canada N1R 554
8601686      +Gregory Nadelhoffer,   36441 Fuller Rd.,   Gurnee, IL 60031-1903
8601687      +Honest Tea,   5019 Wilson Lane,   Bethesda, MD 20814-2488
8601691     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
8601688       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
8601690      +Illinois Dept. of Employment Securi,   401 S. State Street,   4th Floor,   Chicago, IL 60605-1293
8601693      +International Finance Group,   Midwest Regional Finance Office,   2850 W. Golf Road,
               Rolling Meadows, IL 60008-4050
8601698      +JX Enterprise,   P.O. Box 68-9958,   Milwaukee, WI 53268-0001
8601699      +JX Enterprises, Inc.,   P.O. Box 196,   Waukesha, WI 53187-0196
8601694      +Jason Bratzke,   2543 N. McAree,   Waukegan, IL 60087-3560
8601696      +Joe Debolt,   34547 Hunt Club,   Gurnee, IL 60031-2594
8601697      +John D. DeBoer,   37423 N. Parma Ave.,   Lake Villa, IL 60046-7783
8601700      +Kristoffer Oleson,   40177 N. Liberty,   Antioch, IL 60002-8767
8601701      +Lake County Hose & Equipment,   37120 Bayonne Dr.,   Waukegan, IL 60087-2511
8601702      +Lawrence Shinsky,   1029 McAlister Avenue North,   North Chicago, IL 60064-1233
8601703      +Lube Oils,   345 N. Skokie Hwy.,   Gurnee, IL 60031-2983
8601704      +Mark Pias,   1888 - 19th Ave.,   Kenosha, WI 53140-1654
8601705      +Matthew Zagar,   2805 Ashland Ave.,   Racine, WI 53403-2952
8741478      +NMHG Financial Services Inc,   Patricia E Rademacher,   Coston & Rademacher,
               407 S Dearborn Ste 600,   Chicago, Il 60605-1115
8601708       NMHG Financial Services, Inc.,   P.O. Box 642385,   Pittsburgh, PA 15264-2385
10544776     +Navistar Financial Corporation,   425 N. Martingale Road, Suite 1800,   Schaumburg, IL 60173-2216
8601710       Office Depot Credit Plan,   P.O. Box 9020,   Des Moines, IA 50368
8601711      +Paulsens Truck & Spring,   1005 N. Green Bay Rd.,   Waukegan, IL 60085-2242
8601712      +People’s Energy,   Attn: Bankruptcy Department,   130 E. Randolph, 17th Floor,
               Chicago, IL 60601-6207
8601713      +Peter Saravia,   3856 Sonoma Circle,   Lake In The Hills, IL 60156-6733
8601714      +Richard Larsen,   2213 1/2 Ashland,   Racine, WI 53403-2907
8601715      +Robert Ross,   304 Keith,   Waukegan, IL 60085-1923
8601717      +Royal Crown Bottling Co. of Chicago,   William J Factor,   Seyfarth Shaw LLP,
               55 E Monroe Street Ste 4200,   Chicago, Il 60603-5713
8601707     ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Nextel,   P.O. Box 4191,   Carol Stream, IL 60197)
8601718      +Scott English,   23423 84th St.,   Salem, WI 53168-9459
8601719      +Scott Yates,   2070 Evergreen Ln.,   Round Lake Beach, IL 60073-1386
8601721      +Terry Williams,   3807 Charles St.,   Racine, WI 53402-3329
8601722      +The Accountants Group, Inc.,   1431 McHenry Rd. (Rt. 83), Ste. 216,   P.O. Box 8902,
               Buffalo Grove, IL 60089-8902
8601723      +United Lift Truck,   P.O. Box 5948,   Carol Stream, IL 60197-5948
8601724      +Water Concepts,   39 S. Barrington Rd.,   South Barrington, IL 60010-9508
```

```
District/off: 0752-1                  User: nmolina                 Page 2 of 2                  Date Rcvd: Oct 18, 2011
                                      Form ID: pdf006               Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8601676        +E-mail/Text: legalcollections@comed.com Oct 19 2011 02:07:13      Com Ed,     Attn: Credit Dept.,
                 2100 Swift Dr.,    Oak Brook, IL 60523-1559
8601706        +E-mail/Text: EBN.Navistar@navistar.com Oct 19 2011 02:09:30      Navistar Financial Corporation,
                 2850 West Golf Road,    Rolling Meadows, IL 60008-4050
8601709        +E-mail/Text: ucmail@northshoresanitary.org Oct 19 2011 02:08:49      North Shore Sanitary District,
                 P.O. Box 750, Wm Koepsel Dr.,    Gurnee, IL 60031-0750
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8601692*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,     P O Box 21126,    Philadelphia, PA 19114)
8601689*       Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,   Chicago, IL 60664-0338
8601668       ##+Anderson Pest,    219 W. Diversey,    Elmhurst, IL 60126-1103
8601682       ##+Fifth Third Bank,    346 W. Carol Ln.,    Elmhurst, IL 60126-1003
8601695       ##+Jason Schank,    21339 W. Morton,    Lake Villa, IL 60046-8244
8601716       ##+Royal Crown Bottling Co. of Chicago,     2801 W. 47th St.,    Chicago, IL 60632-2035
10622291      ##+Royal Crown Bottling Company of Chicago,     Michael Adamany,    2801 West 47th Street,
                 Chicago, IL 60632-2035
8601720       ##+Spring Green Lawn,    1500 Old Deerfield Rd.,    Highland Park, IL 60035-3043
                                                                                       TOTALS: 0, * 2, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2011**                    **Signature:**   *Joseph Speetjens*