**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: JOHN DEBOER ENTERPRISES INC, | § | Case No. 04-38240 |
| DBA JOHN DEBOER ENTERPRISES INC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00            Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,906.81      Claims Discharged
                                                             Without Payment: $793,129.83

Total Expenses of Administration: $31,606.12

---

    3) Total gross receipts of $ 51,512.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $51,512.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $87,220.20 | $6,910.45 | $6,910.45 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,606.12 | 31,606.12 | 31,606.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,118.50 | 3,467.83 | 3,347.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 807,278.30 | 802,778.30 | 9,648.47 |
| **TOTAL DISBURSEMENTS** | $0.00 | $929,223.12 | $844,762.70 | $51,512.93 |

4) This case was originally filed under Chapter 7 on October 14, 2004. The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2012            By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| VALUE OF ALL VEHICLES | 1129-000 | 50,775.00 |
| Interest Income | 1270-000 | 737.93 |
| **TOTAL GROSS RECEIPTS** | | **$51,512.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Royal Crown Bottling Company of Chicago | 4110-000 | N/A | 80,309.75 | 0.00 | 0.00 |
| | Royal Crown Bottling Company | 4210-000 | N/A | 6,910.45 | 6,910.45 | 6,910.45 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$87,220.20** | **$6,910.45** | **$6,910.45** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 5,825.62 | 5,825.62 | 5,825.62 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 17,410.50 | 17,410.50 | 17,410.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 373.94 | 373.94 | 373.94 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 3,771.25 | 3,771.25 | 3,771.25 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 240.00 | 240.00 | 240.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOC. INC. | 3620-000 | N/A | 3,803.50 | 3,803.50 | 3,803.50 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 27.26 | 27.26 | 27.26 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 31.43 | 31.43 | 31.43 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 31.42 | 31.42 | 31.42 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 29.48 | 29.48 | 29.48 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 36.72 | 36.72 | 36.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.61 | 69.61 | 69.61 |
| The Bank of New York Mellon | 2600-000 | N/A | -44.61 | -44.61 | -44.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.35 | 61.35 | 61.35 |
| The Bank of New York Mellon | 2600-000 | N/A | -61.35 | -61.35 | -61.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 31,606.12 | 31,606.12 | 31,606.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 43.48 | 43.48 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 185.91 | 185.91 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 599.71 | 599.71 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | N/A | N/A | 149.93 | 149.93 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 59.97 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 185.91 | 185.91 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | N/A | 59.97 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 43.48 | 43.48 |
| 9 | John D. DeBoer | 5300-000 | N/A | 2,998.56 | 2,019.53 | 2,019.53 |
| | Illinois Director of Employment Security | 5800-000 | N/A | 92.95 | 92.95 | 92.95 |
| | Internal Revenue Service | 5800-000 | N/A | 26.99 | 26.99 | 26.99 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,118.50 | 3,467.83 | 3,347.89 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NMHG Financial Services Inc | 7100-000 | N/A | 6,987.60 | 6,987.60 | 83.99 |
| 2 | Royal Crown Bottling Co. of Chicago | 7100-000 | N/A | 80,309.75 | 80,309.75 | 965.31 |
| 3 | Royal Crown Bottling Co. of Chicago | 7100-000 | N/A | 661,687.86 | 661,687.86 | 7,953.35 |
| 4 | Mark Pias | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| 5 | Lube Oils | 7100-000 | N/A | 323.68 | 323.68 | 3.89 |
| 6 | Great Waters of Canada - LCA Inc. | 7100-000 | N/A | 4,785.27 | 4,785.27 | 57.52 |
| 7 | The Accountants Group, Inc. | 7100-000 | N/A | 4,500.00 | 4,500.00 | 54.09 |
| 8 | Navistar Financial Corporation | 7100-000 | N/A | 11,319.31 | 11,319.31 | 136.06 |
| 10 | Clover Club | 7100-000 | N/A | 4,791.55 | 4,791.55 | 0.00 |
| 11 | The Accountants Group, Inc. | 7100-000 | N/A | 4,500.00 | 0.00 | 0.00 |
| 12 | Cadbury Schwepps | 7100-000 | N/A | 19,919.40 | 19,919.40 | 239.43 |
| 14 | Commerce abd Industry Insurance Comp | 7100-000 | N/A | 7,590.28 | 7,590.28 | 91.23 |
|  | Clerk of the Court | 7100-000 | N/A | 63.60 | 63.60 | 63.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 807,278.30 | 802,778.30 | 9,648.47 |

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-38240 | Trustee: | (330290) ILENE F. GOLDSTEIN |
| Case Name: | JOHN DEBOER ENTERPRISES INC, DBA JOHN DEBOER ENTERPRISES INC | Filed (f) or Converted (c): | 10/14/04 (f) |
| | | §341(a) Meeting Date: | 12/16/04 |
| Period Ending: | 05/14/12 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE AS OF JULY 20, 2004 | 36,925.26 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES: '02 CHEVROLET - LEASEDS | 0.00 | 0.00 | | 0.00 | FA |
| 4 | AUTOMOBILES: '03 CHEVROLET - LEASED | 0.00 | 0.00 | | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES 8'82 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES '88 TRALIER | Unknown | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES: '88 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES '92 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES '92 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES '78 TRAILER | Unknown | Unknown | | 0.00 | FA |
| 14 | VEHICLE: '84 GREAT DANE BOX CAR | Unknown | Unknown | | 0.00 | FA |
| 15 | VEHICLE: '89 FRUEHAUF BOX CARS | Unknown | Unknown | | 0.00 | FA |
| 16 | VEHICLE: '88 GREAT DANE PUP | Unknown | Unknown | | 0.00 | FA |
| 17 | VEHICLE: '75 MONON PUPS | Unknown | Unknown | | 0.00 | FA |
| 18 | VEHICLE: '69 BARTLETT | Unknown | Unknown | | 0.00 | FA |
| 19 | VEHICLE: ' 74 FRUEHAUFS | Unknown | Unknown | | 0.00 | FA |
| 20 | VEHICLE: '93 HACKNEYS | Unknown | Unknown | | 0.00 | FA |
| 21 | VEHICLE: '93 HACKNEYS | Unknown | Unknown | | 0.00 | FA |
| 22 | VEHICLE: ' 80 INTERNATIONAL | Unknown | Unknown | | 0.00 | FA |
| 23 | VEHICLE: '92 INTERNATIONAL | 8,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-38240  
Case Name: JOHN DEBOER ENTERPRISES INC,  
DBA JOHN DEBOER ENTERPRISES INC  
Period Ending: 05/14/12

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 10/14/04 (f)  
§341(a) Meeting Date: 12/16/04  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | VEHICL: '92 INTERNATIONALS | 8,000.00 | 0.00 | | 0.00 | FA |
| 25 | VEHICLE: ' 88 INTERNATIONAL | 29,000.00 | 18,000.00 | | 0.00 | FA |
| 26 | VEHICLE: '88 INTERNATIONAL | 10,000.00 | 0.00 | | 0.00 | FA |
| 27 | VEHICLE: '88 INTERNATIONAL | 10,000.00 | 0.00 | | 0.00 | FA |
| 28 | VEHICLE: ' 90 INTERNATIONAL | Unknown | Unknown | | 0.00 | FA |
| 29 | VEHICLE: '95 INTERNATIONAL | 18,000.00 | 0.00 | | 0.00 | FA |
| 30 | VEHICLE: ' 96 INTERNATIONAL | 21,000.00 | 0.00 | | 0.00 | FA |
| 31 | VEHICLE: ' 02 INTERNATIONAL | 39,000.00 | 29,461.80 | | 0.00 | FA |
| 32 | VEHICLE: ' 02 INTERNATIONAL | 39,000.00 | 29,461.80 | | 0.00 | FA |
| 33 | VEHICLE: ' 90 WESTERN STAR | Unknown | Unknown | | 0.00 | FA |
| 34 | VEHICLE: ' 96 KENWORTH | Unknown | Unknown | | 0.00 | FA |
| 35 | VEHICLE: HYSTER 550XM FORKLIFT | 10,900.00 | 7,300.00 | | 0.00 | FA |
| 36 | VEHICLE: HYSTER 550XM FORKLIFT | 11,900.00 | 8,300.00 | | 0.00 | FA |
| 37 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| 38 | INVENTORY | Unknown | Unknown | | 0.00 | FA |
| 39 | VALUE OF ALL VEHICLES | 50,000.00 | 35,000.00 | | 50,775.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 737.93 | FA |
| 40 | Assets     Totals (Excluding unknown values) | $292,225.26 | $128,023.60 | | $51,512.93 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE  DISBURSED ALL OF THE FUNDS ON NOVEMBER 21, 2011.  IN ADDITION THERE WAS A WAGE CLAIM SO THE TRUSTEE HAD TO FILE ALL OF THE APPROPRIATE FORMS WITH THE VARIOUS  TAXING AUTHORITIES.  THERE ARE SOME SMALL CHECKS THAT HAVE NOT CLEARED AND AS SOON AS THE 90 DAYS ELAPSES  THE TRUSTEE WILL DEPOSIT FUNDS AND  FILE HER FINAL ACCOUNT.

Initial Projected Date Of Final Report (TFR):     June 30, 2007        Current Projected Date Of Final Report (TFR):     March 31, 2011  (Actual)

Printed: 05/14/2012 11:50 AM     V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 04-38240 | Trustee: ILENE F. GOLDSTEIN (330290) |
| Case Name: JOHN DEBOER ENTERPRISES INC, DBA JOHN DEBOER ENTERPRISES INC | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****16-65 - Money Market Account |
| Taxpayer ID #: **-***9874 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 05/14/12 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/05 | {39} | AMERICAN AUCTION ASSOC INC | Sale of personal property | 1129-000 | 48,775.00 | | 48,775.00 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.34 | | 48,777.34 |
| 04/29/05 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 10,500.00 | 38,277.34 |
| 04/29/05 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 250.50 | 38,026.84 |
| 04/29/05 | 1003 | AMERICAN AUCTION ASSOC. INC. | PAY AUCTIONEER FEE AND EXPENSE | 3620-000 | | 3,803.50 | 34,223.34 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 11.36 | | 34,234.70 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 10.93 | | 34,245.63 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 11.87 | | 34,257.50 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 13.10 | | 34,270.60 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 13.48 | | 34,284.08 |
| 10/30/05 | {39} | American Auction | Sale of personal property | 1129-000 | 2,000.00 | | 36,284.08 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 14.89 | | 36,298.97 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 16.35 | | 36,315.32 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.16 | | 36,333.48 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.46 | | 36,353.94 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.53 | | 36,373.47 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.63 | | 36,395.10 |
| 04/07/06 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #04-38240, Annual Bond Amount | 2300-000 | | 27.26 | 36,367.84 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.03 | | 36,390.87 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.73 | | 36,415.60 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.95 | | 36,439.55 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 24.77 | | 36,464.32 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.78 | | 36,489.10 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.19 | | 36,512.29 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.59 | | 36,537.88 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.01 | | 36,561.89 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.23 | | 36,585.12 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.39 | | 36,609.51 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.24 | | 36,627.75 |
| 03/20/07 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-38240 | 2300-000 | | 31.43 | 36,596.32 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.55 | | 36,615.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.20 | | 36,636.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.21 | | 36,656.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.92 | | 36,675.20 |
| | | | Subtotals : | | $51,287.89 | $14,612.69 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  04-38240  
Case Name:  JOHN DEBOER ENTERPRISES INC,  
  DBA JOHN DEBOER ENTERPRISES INC  
Taxpayer ID #:  **-***9874  
Period Ending:  05/14/12  

Trustee:  ILENE F. GOLDSTEIN (330290)  
Bank Name:  JPMORGAN CHASE BANK, N.A.  
Account:  ***-*****16-65 - Money Market Account  
Blanket Bond:  $5,000,000.00  (per case limit)  
Separate Bond:  N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.89 | | 36,696.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.24 | | 36,716.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.29 | | 36,734.62 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.57 | | 36,756.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 19.12 | | 36,775.31 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 18.73 | | 36,794.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 16.82 | | 36,810.86 |
| 02/12/08 | 1006 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-38240, Bond payment | 2300-000 | | 31.42 | 36,779.44 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 7.55 | | 36,786.99 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.83 | | 36,793.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.13 | | 36,798.95 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.60 | | 36,803.55 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.67 | | 36,808.22 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.67 | | 36,812.89 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.37 | | 36,817.26 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.83 | | 36,822.09 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.01 | | 36,826.10 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.89 | | 36,828.99 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.61 | | 36,831.60 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,833.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,834.50 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 36,836.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,837.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 36,839.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 36,840.65 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,842.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,843.75 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,845.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 36,846.75 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,848.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 36,849.85 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 36,851.30 |
| 02/19/10 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #04-38240 | 2300-000 | | 29.48 | 36,821.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,823.22 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 36,824.87 |

Subtotals :  $210.57   $60.90

{} Asset reference(s)  
Printed: 05/14/2012 11:50 AM   V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-38240 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JOHN DEBOER ENTERPRISES INC, | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA JOHN DEBOER ENTERPRISES INC | | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***9874 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.95 | | 36,825.82 |
| 04/20/10 | | Wire out to BNYM account 9200******1665 | Wire out to BNYM account 9200******1665 | 9999-000 | -36,825.82 | | 0.00 |
| | | | ACCOUNT TOTALS | | 14,673.59 | 14,673.59 | $0.00 |
| | | | Less: Bank Transfers | | -36,825.82 | 0.00 | |
| | | | Subtotal | | 51,499.41 | 14,673.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $51,499.41 | $14,673.59 | |

{} Asset reference(s)

Printed: 05/14/2012 11:50 AM V.12.57

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-38240 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | JOHN DEBOER ENTERPRISES INC, DBA JOHN DEBOER ENTERPRISES INC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***9874 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/14/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | 9999-000 | 36,825.82 | | 36,825.82 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 36,826.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.19 | | 36,828.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.12 | | 36,830.90 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.19 | | 36,833.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.18 | | 36,835.27 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,835.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,835.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,836.18 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,836.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,836.80 |
| 02/04/11 | 11008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #04-38240, Bond Premiums | 2300-000 | | 36.72 | 36,800.08 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 36,800.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,800.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,800.97 |
| 05/24/11 | 11009 | Royal Crown Bottling Company | Secured Claim | 4210-000 | | 6,910.45 | 29,890.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 29,890.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,891.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,891.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,891.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.61 | 29,821.96 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -44.61 | 29,866.57 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,866.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.35 | 29,805.46 |
| 10/03/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -61.35 | 29,866.81 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,867.06 |
| 11/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 29,867.17 |
| 11/15/11 | | To Account #9200******1666 | TRANSFER TO CHECKING | 9999-000 | | 29,867.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 36,839.34 | 36,839.34 | $0.00 |
| | | | Less: Bank Transfers | | 36,825.82 | 29,867.17 | |
| | | | Subtotal | | 13.52 | 6,972.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13.52 | $6,972.17 | |

{} Asset reference(s)              Printed: 05/14/2012 11:50 AM   V.12.57

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 04-38240 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | JOHN DEBOER ENTERPRISES INC, | | Bank Name: | The Bank of New York Mellon |
| | DBA JOHN DEBOER ENTERPRISES INC | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***9874 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/11 | | From Account #9200******1665 | TRANSFER TO CHECKING | 9999-000 | 29,867.17 | | 29,867.17 |
| 11/21/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $5,825.62, Trustee Compensation;  Reference: | 2100-000 | | 5,825.62 | 24,041.55 |
| 11/21/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $17,410.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,910.50 | 17,131.05 |
| 11/21/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $373.94, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 123.44 | 17,007.61 |
| 11/21/11 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $3,771.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,771.25 | 13,236.36 |
| 11/21/11 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $240.00, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 240.00 | 12,996.36 |
| 11/21/11 | 106 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $599.71; Filed: $0.00 for Federal W/H | 5300-000 | | 599.71 | 12,396.65 |
| 11/21/11 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $185.91; Filed: $0.00 for FICA | 5300-000 | | 185.91 | 12,210.74 |
| 11/21/11 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $43.48; Filed: $0.00 for Medicare | 5300-000 | | 43.48 | 12,167.26 |
| 11/21/11 | 109 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $149.93; Filed: $0.00 for State W/H | 5300-000 | | 149.93 | 12,017.33 |
| 11/21/11 | 110 | John D. DeBoer | Dividend paid 100.00% on $2,019.53; Claim# 9; Filed: $2,998.56; Reference: | 5300-000 | | 2,019.53 | 9,997.80 |
| 11/21/11 | 111 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $185.91; Filed: $0.00 for FICA | 5800-000 | | 185.91 | 9,811.89 |
| 11/21/11 | 112 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $43.48; Filed: $0.00 for Medicare | 5800-000 | | 43.48 | 9,768.41 |
| 11/21/11 | 113 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $59.97; Filed: $0.00 for FUTA<br>Voided on 01/11/12 | 5800-000 | | 59.97 | 9,708.44 |
| 11/21/11 | 114 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $59.97; Filed: $0.00 for SUTA<br>Voided on 01/11/12 | 5800-000 | | 59.97 | 9,648.47 |
| 11/21/11 | 115 | NMHG Financial Services Inc | Dividend paid  1.20% on $6,987.60; Claim# 1; Filed: $6,987.60; Reference: | 7100-000 | | 83.99 | 9,564.48 |
| 11/21/11 | 116 | Royal Crown Bottling Co. of Chicago | Dividend paid  1.20% on $80,309.75; Claim# 2; Filed: $80,309.75; Reference:<br>Stopped on 12/02/11 | 7100-000 | | 965.31 | 8,599.17 |
| 11/21/11 | 117 | Royal Crown Bottling Co. of Chicago | Dividend paid  1.20% on $661,687.86; Claim# 3; Filed: $661,687.86; Reference: | 7100-000 | | 7,953.35 | 645.82 |

Subtotals :   $29,867.17   $29,221.35

{} Asset reference(s)                                                                                                                                    Printed: 05/14/2012 11:50 AM    V.12.57

**Form 2**

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 04-38240 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JOHN DEBOER ENTERPRISES INC, | | Bank Name: | The Bank of New York Mellon |
| | DBA JOHN DEBOER ENTERPRISES INC | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***9874 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 12/02/11 | | | | |
| 11/21/11 | 118 | Mark Pias | Dividend paid 1.20% on $500.00; Claim# 4; Filed: $500.00; Reference:<br>Stopped on 03/26/12 | 7100-000 | | 6.01 | 639.81 |
| 11/21/11 | 119 | Lube Oils | Dividend paid 1.20% on $323.68; Claim# 5; Filed: $323.68; Reference: | 7100-000 | | 3.89 | 635.92 |
| 11/21/11 | 120 | Great Waters of Canada - LCA Inc. | Dividend paid 1.20% on $4,785.27; Claim# 6; Filed: $4,785.27; Reference: | 7100-000 | | 57.52 | 578.40 |
| 11/21/11 | 121 | The Accountants Group, Inc. | Dividend paid 1.20% on $4,500.00; Claim# 7; Filed: $4,500.00; Reference: | 7100-000 | | 54.09 | 524.31 |
| 11/21/11 | 122 | Navistar Financial Corporation | Dividend paid 1.20% on $11,319.31; Claim# 8; Filed: $11,319.31; Reference: | 7100-000 | | 136.06 | 388.25 |
| 11/21/11 | 123 | Clover Club | Dividend paid 1.20% on $4,791.55; Claim# 10; Filed: $4,791.55; Reference:<br>Stopped on 03/26/12 | 7100-000 | | 57.59 | 330.66 |
| 11/21/11 | 124 | Cadbury Schwepps | Dividend paid 1.20% on $19,919.40; Claim# 12; Filed: $19,919.40; Reference: | 7100-000 | | 239.43 | 91.23 |
| 11/21/11 | 125 | Commerce abd Industry Insurance Comp | Dividend paid 1.20% on $7,590.28; Claim# 14; Filed: $7,590.28; Reference: | 7100-000 | | 91.23 | 0.00 |
| 12/02/11 | 116 | Royal Crown Bottling Co. of Chicago | Dividend paid 1.20% on $80,309.75; Claim# 2; Filed: $80,309.75; Reference:<br>Stopped: check issued on 11/21/11 | 7100-000 | | -965.31 | 965.31 |
| 12/02/11 | 117 | Royal Crown Bottling Co. of Chicago | Dividend paid 1.20% on $661,687.86; Claim# 3; Filed: $661,687.86; Reference:<br>Stopped: check issued on 11/21/11 | 7100-000 | | -7,953.35 | 8,918.66 |
| 12/10/11 | 126 | Royal Crown Bottling Co. of Chicago | DISTRIBUTION TO UNSECURED CREDITORS CHAPTER 7 | 7100-000 | | 965.31 | 7,953.35 |
| 12/10/11 | 127 | Royal Crown Bottling Co. of Chicago | DISTRIBUTION TO UNSECURED CREDITORS CHAPTER 7<br>Voided on 12/10/11 | 7100-000 | | ! 7,593.35 | 360.00 |
| 12/10/11 | 127 | Royal Crown Bottling Co. of Chicago | DISTRIBUTION TO UNSECURED CREDITORS CHAPTER 7<br>Voided: check issued on 12/10/11 | 7100-000 | | ! -7,593.35 | 7,953.35 |
| 12/10/11 | 128 | Royal Crown Bottling Co. of Chicago | DISTRIBUTION TO UNSECURED CREDITORS CHAPTER 7 | 7100-000 | | 7,953.35 | 0.00 |
| 01/11/12 | 113 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $59.97; Filed: $0.00 for FUTA<br>Voided: check issued on 11/21/11 | 5800-000 | | -59.97 | 59.97 |
| 01/11/12 | 114 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $59.97; Filed: $0.00 for SUTA<br>Voided: check issued on 11/21/11 | 5800-000 | | -59.97 | 119.94 |

Subtotals : $0.00 $525.88

{} Asset reference(s) !-Not printed or not transmitted Printed: 05/14/2012 11:50 AM V.12.57

## Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 04-38240 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JOHN DEBOER ENTERPRISES INC, | | Bank Name: | The Bank of New York Mellon |
| | DBA JOHN DEBOER ENTERPRISES INC | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***9874 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/12 | 129 | Illinois Director of Employment Security | Payment of taxes on wage claims | 5800-000 | | 92.95 | 26.99 |
| 01/11/12 | 130 | Internal Revenue Service | Payment of taxes on wage claim | 5800-000 | | 26.99 | 0.00 |
| 03/26/12 | 118 | Mark Pias | Dividend paid   1.20% on $500.00; Claim# 4; Filed: $500.00; Reference: Stopped: check issued on 11/21/11 | 7100-000 | | -6.01 | 6.01 |
| 03/26/12 | 123 | Clover Club | Dividend paid   1.20% on $4,791.55; Claim# 10; Filed: $4,791.55; Reference: Stopped: check issued on 11/21/11 | 7100-000 | | -57.59 | 63.60 |
| 03/26/12 | 131 | Clerk of the Court | Deposit of Funds with the Clerk of the Court | 7100-000 | | 63.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,867.17 | 29,867.17 | $0.00 |
| | | | Less: Bank Transfers | | 29,867.17 | 0.00 | |
| | | | Subtotal | | 0.00 | 29,867.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $29,867.17 | |

```
Net Receipts :        51,512.93
                     _____
Net Estate :         $51,512.93
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****16-65 | 51,499.41 | 14,673.59 | 0.00 |
| MMA # 9200-******16-65 | 13.52 | 6,972.17 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 29,867.17 | 0.00 |
| | $51,512.93 | $51,512.93 | $0.00 |

{} Asset reference(s)                                                                                                              Printed: 05/14/2012 11:50 AM    V.12.57